IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| CHARLES SMITH, SR., #129 560 | * |
| Petitioner, | * |
| v. | * CIVIL ACTION NO. 2:05-CV-935-T |
| JAMES DELOACH, WARDEN, *et al.*, | * |
| Respondents. | * |

_____

**ORDER ON MOTION**

For good cause, it is

**ORDERED** that Petitioner's Motion for Leave to Proceed *In Forma Pauperis* (Doc. No. 2), is **GRANTED.**

Done this 6th day of October, 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE