**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

James Deloach
Draper Corr. Fac.
P.O. Box 1107
Elmore, AL 36025

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  C Bell
☒ Agent
☐ Addressee

B. Received by ( Printed Name)
C Bell

C. Date of Delivery
10/7/05

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

2:05 cv 935-T
Proc + Petition

3. Service Type
☒ Certified Mail
☐ Registered
☐ Insured Mail
☐ Express Mail
☐ Return Receipt for Merchandise
☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)
7004 2510 0001 0150 3012

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540