10/11/05

IN the MIDDLE District of United States
District Court

Charles Smith                        * Civil Action No. 2:05-CV-935-T
        Petitioner                   *
    V.S.                             *
                                     *
State of Alabama                     *

## Motion For Change Address

Comes Now, the petitioner Charles Smith, in the above style causes and moves this honorable Court to accept this motion for Change of address for the following reason:

1) the petitioner has been Transfer From the Draper Correctional Facility to Hamilton A+I Center at Hamilton, Alabama.

2) New Address  Hamilton A+I Center
               223 Sasser Drive
               Hamilton, Alabama. ~~35570~~
                                   35570

### Conclusion

The petitioner prays that this Honorable Court Grant this motion for Change of address.

## Certificate of Service

I hereby certify that on this 11th day of Oct. 2005, I did serve a copy of the foregoing on the following, by placing the same in the United States mail, First Class, postage prepaid and addressed as follows:

The Honorable Troy King
Office of the Attorney General
Criminal Appeals Division
Alabama State House
11 South Union Street
Montgomery, Alabama 36130

Charles Smith 129560
Petitioner Pro Se
Hamilton A+I Center
223 - Sasser Drive
Hamilton, Alabama
35570