**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Troy King
   Atty Gen.
   11 South Union St
   Mont. AL 36130

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  G. Givner    ☐ Agent
                ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
   Givner                          10/13/05

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

   2:05CV935-T
   Proc ord
   pet

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)

   7004 2510 0001 0150 3104

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540