**Vol 1082**

COURT OF CRIMINAL APPEALS NO. **CR-02-0327**

# APPEAL TO ALABAMA COURT OF CRIMINAL APPEALS

FROM

CIRCUIT COURT OF **Montgomery** COUNTY, ALABAMA

CIRCUIT COURT NO. **CC-02-920**

CIRCUIT JUDGE **Truman Hobbs**

Type of Conviction / Order Appealed From: **Robbery I**

Sentence Imposed: **20 yrs.**

Defendant Indigent: [X] YES [ ] NO

**Charles Smith**
NAME OF APPELLANT

**Kelly Vickers** **669-0700**
(Appellant's Attorney)          (Telephone No.)
**P.O. Box 230803**
(Address)
**Montgomery** **Al** **36123**
(City)          (State)          (Zip Code)

V.

STATE OF ALABAMA

(State represented by Attorney General)
NOTE: If municipal appeal, indicate above, and enter
name and address of municipal attorney below.

NAME OF APPELLEE

_____

_____

(For Court of Criminal Appeals Use Only)

*EXHIBIT A*

```
ACRO370                ALABAMA JUDICIAL INFORMATION SYSTEM      CASE: CC 2002 000920.00
OPER: DEC                    CASE ACTION SUMMARY
  GE:   1                     CIRCUIT   CRIMINAL               RUN DATE: 07/24/2002
```

                                                                    JUDGE: SMG
N THE CIRCUIT COURT OF MONTGOMERY                                          AHS

STATE  OF  ALABAMA              VS     SMITH CHARLES    Sr,              129560
                                      2703 GENEVA STREET
CASE: CC 2002 000920.00
                                      MONTGOMERY, AL  36107 0000

DOB: 01/31/1958        SEX: M  RACE: B  HT: 5 08  WT: 210   HR: BLK EYES: BRO
SSN: 419886398  ALIAS NAMES:

CHARGE01: ROBBERY 1ST           CODE01: ROB1  LIT: ROBBERY 1ST    TYP: F #: 001
OFFENSE DATE: 04/28/2002              AGENCY/OFFICER: 0030100

DATE WAR/CAP ISS:                     DATE ARRESTED: 04/28/2002
DATE   INDICTED: 07/19/2002          DATE     FILED: 07/24/2002
DATE   RELEASED:                     DATE   HEARING:
     BOND AMOUNT:    $200,000.00       SURETIES:

DATE 1:           DESC:              TIME: 0000
DATE 2: 08/01/2002  DESC: ARRG       TIME: 0830 A

TRACKING NOS: GJ 2002 070256 00  /

    DEF/ATY: ~~W. Durant~~              TYPE: A                        TYPE:
            Kelly Vickers 00000                          00000                 /

PROSECUTOR:
                                                         Oct 28

```
  h CSE: GJ200207025600 CHK/TICKET NO: 2002F-725        GRAND JURY: 0256
 OURT REPORTER: _____  SID NO:    000775002
DEF STATUS: JAIL              DEMAND: _____              OPER: DEC
                                                                       OPE
```

| TRANS DATE | ACTIONS, JUDGEMENTS, AND NOTES | | |
|---|---|---|---|
| 07/24/2002 | ASSIGNED TO: (SMG) | (AR01) | DEC |
| 07/24/2002 | FILED ON: 07/24/2002 | (AR01) | DEC |
| 07/24/2002 | CHARGE 01: ROBBERY 1ST/#CNTS: 001 | (AR01) | DEC |
| 07/24/2002 | DEFENDANT INDICTED ON: 07/19/2002 | (AR01) | DEC |
| 07/24/2002 | INITIAL STATUS SET TO: "J" - JAIL | (AR01) | DEC |
| 07/24/2002 | DEFENDANT ARRESTED ON: 04/28/2002 | (AR01) | DEC |
| 07/24/2002 | BOND SET AT: $200000.00 | (AR01) | DEC |
| 07/24/2002 | SET FOR:  ARRAIGNMENT ON 08/01/2002 AT 0830A | (AR10) | DEC |
| 07/24/2002 | CASE ACTION SUMMARY PRINTED | (AR08) | DEC |
| 07/24/2002 | CAS ATTACHMENT PRINTED | (AR08) | DEC |
| 8-1-02 | ✓ W Durant appeared | | |
| | DEFENDANT ARRAIGNED IN OPEN COURT, PLEADS NOT GUILTY. | | |
| 9/04/02 | ✓ Notice of Discovery  SMG | | |

| State of Alabama Unified Judicial System | **CASE ACTION SUMMARY** CONTINUATION | Case Number |
|---|---|---|
| Form C-7    Rev 2/79 | | CC-02-920 Gr |

Style: Charles Smith, Sr

Page Number _____ of _____ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|

**11-12-02**

Defendant & attorney appeared for sentencing. Court asked if he/she had anything to say why sentence should not now be pronounced and Defendant had his/her say.

HOA Enhancements Applicable (Yes)/No
Defendant Admits _____ State Proves _____ priors

**IT IS ORDERED:**

Sentenced to _20_ yrs./split to serve _____ yrs.
_____ reverse split postpone _____ Review
Concurrent _____ Consecutive _____
Weapon Enhancement
Suspended YES/NO  Supervised/P.O/Court Probation _____Level II
_____ years End of Split Sentence _____years
___✓___ DOC to give 60 day notice prior to E.O.S.

ENHANCEMENTS    $1000/2000 Enhancement Fine
_____ Remit portion completion of SAP
_____ Driver License suspended/revoked 6 mo/_____
_____ $100 DFS fee _____$100 Head Injury
_____ years School _____years Public Housing
_____ years Sale under 18

Boot Camp___ SAP___ Review upon completion-YES ____ GED_____
Work Release___Community Service _____hrs. Trash Pickup _____hr
**OTHER:**

_Shawntie Robinson_
Restitution $_62.96_ Co-Defendant(s) _____
Jointly and Severally liable  Crime Victim $25.00/$50.00_____
Court Costs ___✓___ Attorney Fees $150.00/200.00 Fine $_2,000.—_
Payment $_____Mo/Week Begin _____/02 or 1/2 monies earned ___✓___

Defendant advised right to appeal/yes/no unless reserve issue or
withdraw plea; Defendant to be given credit for time served.
Appeal Bond set $_____

_A gives oral notice of appeal in open Court_ _SMG_

SALLY GREENHAW
CIRCUIT JUDGE

ACRO369  A L A B A M A   J U D I C I A L   I N F O R M A T I O N   C E N T E R

CASE ACTION SUMMARY
CONTINUATION

CASE: CC 2002 000920.00
JUDGE ID:  SMG'

STATE OF ALABAMA                    VS    SMITH CHARLES

| DATE | ACTION, JUDGMENTS, CASE NOTES |
|------|------------------------------|
| 10-29-02 | JUDGEMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE VERDICT OF THE JURY, guilty of Robbery' |
| | SMG |
| | Circuit Judge |
| | DA Powell gives notice of 1 prior and intent to invoke gun enhancement. Sentencing set 11-12-02 @ 8 30 SMG |
| 11-12-02 | Order Allowing Winston Durant to Withdraw & Appointing Kelly Vickers as the atty. on appeal |
| 11-19-02 | Cert. of Appl. to Crm. Appls., AG + DA, Atty. (w/ forms) + Crt. Reporters |
| 12-18-02 | Forms Filed |

GJ NO. _____

0256

SMC

**THE STATE OF ALABAMA**

CharlesVSmith
B/M HT:5'8" WT:210 DOB:01/31/58

2703 Geneva St.

D. NO. _00750023_

ARREST DATE _____

FOR

Robbery 1

_____ **A TRUE BILL**

Foreperson of Grand Jury

**BAIL IN THIS CASE IS FIXED AT**

No Prosecutor

$ __200,000__

Judge of Circuit Court of Montgomery County

CC NO. _____

Presented in open Court by the Foreperson of
the Montgomery County Grand Jury in the pres-
ence of ___14___ other members of
the Grand Jury and filed this __10th__ day of
__July__, 02.

Clerk of the Circuit Court of Montgomery County

**WITNESSES**

2Lakeshia Atkins
4547 Hurlston Dr 36116
WK:Arby's
3Alvin Ray Bly
6600 WillowSpringsDr Hope Hull 36
1C.J. Butterbaugh
WK:MPD

Powell

# THE STATE OF ALABAMA

## MONTGOMERY COUNTY

———————————

Circuit Court of Montgomery County, _____ July _____ Term, A.D. _2002_

The Grand Jury of said County charge that, before the finding of this indictment,

CHARLES SMITH, alias
CHARLES SMITH, JR.,

whose name is otherwise unknown to the Grand Jury, did, in the course of committing a theft of lawful currency and/or coinage of the United States of America, of some value, a better description of which is unknown to the Grand Jury, use force against the person of the owner or any person present, Lakeshia Atkins, with intent to overcome her physical resistance or physical power of resistance, or threaten the imminent use of force against the person of the owner or any person present, Lakeshia Atkins, with intent to compel acquiescence to the taking of or escaping with the property, while the said Charles Smith, alias was armed with a deadly weapon or dangerous instrument, a gun, a better description of which is unknown to the Grand Jury, in violation of Section 13A-8-41 of the Code of Alabama,

against the peace and dignity of the State of Alabama.

*Eleanor L. Brooks*
District Attorney, Fifteenth Judicial Circuit of Alabama

Unified Judicial System

2002F00725

# WARRANT OF ARREST
## (Felonies, Misdemeanors, or Violations)

Case Number

DC02-1217

Form C65 (front)    Revised 11/92

| IN THE | DISTRICT | COURT OF | MONTGOMERY, | ALABAMA |

(Circuit, District, or Municipal)

Name of Municipality or County

[X] STATE OF ALABAMA          [ ] MUNICIPALITY OF _____

v.   CHARLES SMITH _____, Defendant

---

## TO ANY LAW ENFORCEMENT OFFICER WITHIN THE STATE OF ALABAMA:

[X] Probable cause has been found on Complaint filed in this Court Against (name or description of person to be arrested)

**CHARLES SMITH**

Charging: [description of offense(s)]   **ROBBERY FIRST DEGREE**

in violation of   **§13A-8-41 Code of Alabama 1975** _____ ; OR

[ ] An indictment has been returned by the Grand Jury of this county against (name of person to be arrested)

Charging: [description of offense(s)] _____

in violation of _____

[X] **YOU ARE THEREFORE ORDERED** to arrest the person named or described above and bring that person before a judge or magistrate of this Court to answer the charges against that person and have with you then and there this warrant with your return thereon. If a judge or magistrate of this Court is unavailable, or if the arrest is made in another county, you shall take the accused person before the nearest or most accessible judge or magistrate in the county of arrest.

[X] You may release the accused person without taking the accused person before a judge or magistrate:

[X] If the accused person enters into a bond in the amount of $   **200,000.00**   with two good sureties approved by an authorized officer or by depositing cash or negotiable bonds in the amount with the court clerk; OR

[X] If the accused person posts an appearance bond in the amount of $   **200,000.00**

[ ] On his or her personal recognizance.

April 28, 2002 at 5:25 AM _____

Date

D.T. MARSHALL, SHERIFF

Judge/Magistrate/Clerk

2002 APR 28  A 6: 24

---

| Form C-65 (back)   Rev. 11/92 | **WARRANT OF ARREST** <br> **(Felonies, Misdemeanors, or Violations)** |

## CERTIFICATE OF EXECUTION

I, the undersigned law enforcement officer, certify that I executed the foregoing **ARREST WARRANT** by arresting the accused person names (or, Described) therein _10:45_ o'clock [X] a.m. [ ] p.m., on the _28th_ day of _April_ _2002_ , in _MONTGOMERY_ COUNTY, ALABAMA.

After arrest, the accused person was:

[ ] Released as authorized at _____ o'clock [ ] a.m. [ ] p.m., _____ ,

[ ] Taken before [ ] Judge [ ] Magistrate at _____ o'clock [ ] a.m. [ ] p.m.,

[X] Placed in jail at _XIB_ o'clock [ ] a.m. [ ] p.m. _April 28th_ , 20 _02_

_4/28/02_
Date

_K LByrd #130 MPD_
Signature/Title/Agency

## IDENTIFICATION OF ACCUSED PERSON

| Name of Accused Person | | Telephone Number | | | |
|---|---|---|---|---|---|
| CHARLES SMITH | | | | | |
| Social Security Number | Date of Birth | Age | Race | Sex | Height |
| 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 | 01/31/1958 | | B | M | 508 |
| Weight | Hair | Eyes | Drivers License Number & State of Issue | | |
| 210 | Black | Brown | | | |
| Address | | City | State | | Zip Code |
| 2703 GENEVA ST | | MONTGOMERY | AL | | 36107 |
| Name of Employer | | | Employer's Telephone Number | | |
| Address | | City | State | | Zip Code |

## WITNESSES

| Name | Address | Telephone Number |
|---|---|---|
| | | |
| | | |
| | | |

## ACKOWLEDGMENT BY ACCUSED PERSON

[ ] I hereby acknowledge that at the time of my release I was directed to appear in person before the court, as follows:

Place: _____

Date: _____

Time: _____ o'clock [ ] a.m. [ ] p.m., and as thereafter needed until discharge.

[ ] I promise to appear as directed before the court, as follows:

Place: _____

Date: _____

Time: _____ o'clock [ ] a.m. [ ] p.m., and as thereafter needed until discharge.

_____
Date

_____
Signature of Accused

Case # 02-010249  **AFFIDAVIT**  _2002 F - 725_

## DISTRICT COURT OF MONTGOMERY ALABAMA

INSTRUCTIONS: Complete the following information on OFFENSE/OFFENDER

Offense: ROBBERY 1ST DEGREE

Defendant's Name: Charles Smith B/M          D.O.B. 01/31/1958

Defendant's SSN: 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    Height: 5'08    Weight: 210

Defendant's Address: 2703 Geneva Street Montgomery, Al 36107

Date & Time of Offense: 04/28/02 @ 0040 Hours

Place of Occurance: 5759 Atlanta Hwy Montgomery, Alabama

Person or Property Attacked: Arby's # 5691

How Attacked: with gun (robbed)

Damage Done or Property Attacked:

Value of Property:

Details of Offense:
On Sunday, 04/28/02, at 0040 Hours, the defendant, after being hidden
in the ceiling tile of the bathroom, did, after closing, come out of
hiding armed with a handgun, and demand the business currency. After
securing the currency, the defendant did flee the business in a
vehicle only to be apprehended after a vehicle pursuit.

This offense is in violation of the Criminal Code of Alabama section
13A-8-41.

This offense occurred in the State of Alabama, County of Montgomery,
City of Montgomery.

I make this affidavit for the purpose of securing a warrant against the said
Charles Smith B/M                    . I understand that I am instituting a
criminal proceeding and cannot drop this case. I further understand that if any of the forgoing
facts are untrue, I may, in addition to any other punishment provided by law, be taxed with
court costs in this proceeding.

Sworn to and subscribed before me
this _25_ day of _April_ 200 2.

_____
Complainant

_____
Judge - Clerk - Magistrate

WITNESSES: (Name, Address, Telephone Number)

1) Alvin Ray Bly, 6600 Willow Springs Dr, Hope Hull, Alabama 36043
2) Lekishia Adkins, 4547 Hurlston Dr, Montgomery, Alabama 36116
3) Det CJ Butterbaugh 053,320 N. Ripley St, Montg, Al 36104

| State of Alabama<br>Unified Judicial System | **COMPLAINT**<br>(Felonies, Misdemeanors, or Violations-<br>District Court or Municipal Court) | Warrant Number<br>2002F00725 |
| Form CR-6       Revised 8/98 | | Case Number<br>DC 02-1217 |

IN THE _____ **DISTRICT** _____ **COURT OF** _____ **MONTGOMERY,** _____ **ALABAMA**
(Circuit, District or Municipal) _____ (Name of Municipality or County)

[X] STATE OF ALABAMA

[ ] MUNICIPALITY OF MONTGOMERY v.   CHARLES SMITH
_____ **Defendant**

Before me, the undersigned authority, personally appeared this day the undersigned complainant who, upon first being duly sworn, states on oath that he/she has probable cause for believing, and does believe, that **CHARLES SMITH** , defendant whose name is otherwise unknown to the complainant, did, prior to the commencement of this action, on or about 04/28/2002 (date of occurrence) commit the offense of **ROBBERY FIRST DEGREE** within the

[X] County of **MONTGOMERY**

[ ] City/Town of _____ or in the police jurisdiction thereof, in that he/she did:

(State specific facts here. Continue on a separate sheet of paper if needed.)   in the course of committing a theft of property, as stated or described in the attached Affidavit, use force or threaten the imminent use of force against the said person or another person present, with the intent to overcome his/her physical resistance or physical power of resistance, or to compel the acquiescence to the taking of or escaping with the property (select as appropriate):

(a)(1) [X]   while the Defendant was armed with a deadly weapon or dangerous instrument as stated or described in the attached Affidavit;

(a)(2) [ ]   and at the time caused serious physical injury to said person or another person as stated or described in the attached Affidavit,

in violation of

[X] Section   13A-8-41 _____ , *Code of Alabama* 1975.

[ ] Municipal Ordinance Number _____ , which embraces Section _____
*Code of Alabama 1975*, previously adopted, effective and in force at the time the offense was committed.

[ ] Other _____

Sworn to and Subscribed before me this
28th day of
April , 2002

_____
Judge/Magistrate/Warrant Clerk

_____
Complainant
3332 Royal Carriage Dr
Address
272-4780
Telephone Number

**WITNESSES**

| Name | Address | Telephone Number |
|---|---|---|
| | | |
| | | |
| | | |

Additional Witnesses on Reverse Side.

| State of Alabama | | Warrant Number |

IN THE CIRCUIT COURT FOR THE FIFTEENTH JUDICIAL CIRCUIT
MONTGOMERY COUNTY, ALABAMA

STATE OF ALABAMA      )
     Plaintiff,       )
              )
v.             )    CC No. 02-0920-SMG
              )
CHARLES SMITH,     )
     Defendant.     )

## NOTICE OF DISCOVERY

COMES NOW the State of Alabama by and through its District Attorney for the Fifteenth Judicial Circuit, Eleanor I. Brooks, and gives notice of discovery to the defendant, notice of intent to use prior convictions, notice of intent to invoke sentencing enhancements, notice of intent to offer proof by a certificate of analysis, and motion for discovery by the State:

( ✗ )  1.    Pursuant to Rule 16.1, A.R.Cr.P., and as otherwise required by law, all available discovery has been provided or made available to the Defendant. Arrangements to inspect physical evidence may be made by contacting the undersigned.

The State of Alabama has furnished a copy of the discovery by sequentially Bates numbered pages from 000001 thru 0000 **44**_____. (Pages __n/a__ have not been provided as they are either work product and/or NCIC, which cannot be provided pursuant to state law, unless ordered by the Court).   The State of Alabama considers this discovery material to have been received in its entirety by Defense Counsel unless promptly notified in writing of any discrepancies.

( ✗ )  2.    The State of Alabama intends to use at trial any and all prior convictions, crimes, wrongs, or acts of the Defendant permitted by Rules 404(b) and 609 of the Alabama Rules of Evidence, and as otherwise allowed by law.  The State of Alabama is presently aware of, and intends to use, the following:

GRAND LARCENY AUTO (B'HAM 4-8-74) - DISP. UNKNOWN

ROB I (B'HAM 9-10-75) - DISPOSITION UNKNOWN

BURG/BURG TOOLS / GRAND LARCENY AUTO (B'HAM 12-20-78) - DISP. UNK

ASSAULT TO MURDER / ROB (B'HAM 11-27-80) - DISP. UNK

ROB I (B'HAM 8-17-81)

State of Alabama V. Charles Smith
Motion for Discovery
September 3, 2002
Page 2 of 3

( ✗ ) 3.    The State of Alabama intends to invoke all sentencing enhancements required or permitted by law, including the Habitual Felony Offender Act, pursuant to §13A-5-9, Code of Alabama, 1975, based on any applicable felony convictions known or any which may subsequently be discovered and/or disclosed.   And, if applicable, the following:

( ✗ )   Enhancement for use of firearm or deadly weapon.   Minimum term of imprisonment of **20** years.
(___)   Five Year enhancement for Sale of Drugs within three (3) miles of a school, §13A-12-250.
(___)   Five Year Enhancement for Sale of Drugs within three (3) miles of housing project, §13A-12-281.
(___)   $1,000.00 Fine, §13A-12-281.
(___)   $2,000.00 Fine, §13A-12-281.
(___)   Suspension of Driver's License, §13A-12-290.
(___)   Five Year Enhancement for Possession of Firearm, §13A-12-231(13).

( ✗ ) 4.    Pursuant to §§ 12-21-300 through 303, Code of Alabama, 1975, written notice is hereby given of the State's intent to offer proof by a certificate of analysis in lieu of direct testimony.   The certificate of analysis is from the Alabama Department of Forensic Sciences and a copy is included in the discovery material.

( ✗ ) 5.    Pursuant to Rules 16.2 and 16.4(c), A.R.Cr.P., and as otherwise required by law, the Defendant is to provide the State of Alabama, within seven (7) days, a copy of all discovery to which it is entitled.

Respectfully submitted this 4th day of September, 2002.

ELEANOR I. BROOKS
DISTRICT ATTORNEY

By:    William T. Powell (POW56)
Deputy District Attorney

State of Alabama v. Charles Smith
Motion for Discovery
September 3, 2002
Page 3 of 3

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon the Honorable Winston Durant, Attorney for the Defendant, by hand delivery or by placing same in the appropriate Courthouse Box, or by posting in the United States mail, postage prepaid and properly addressed, on the ___4ᵗʰ___ day of September, 2002.

                              ELEANOR I. BROOKS
                              DISTRICT ATTORNEY

                    By:    William I. Powell (POW056)
                           Deputy District Attorney

IN THE DISTRICT COURT OF
MONTGOMERY COUNTY, ALABAMA

STATE OF ALABAMA          )
        Plaintiff,        )                    CC 2002 920 SMG
                          )
vs.                       )        Case No. DC-02-12
                          )
Charles Smith             )
        Defendant.        )

OCT 2002
FILED
Melissa Rittenour
Circuit Clerk

Defendant's Motion For Bond Reduction

The defendant, by and through undersigned counsel, hereby respect-
fully requests that this Honorable court reduce the bond
presently set in the above-style case(s) and/or allow
undersigned counsel to be heard on the merits of this
motion.

                        Respectfully submitted,
                        Charles Smith

Certificate of Service

15

JUDGE: _Freeman_
COURT REPORTER: _Newman_
PANELS _15-19_
DATE: _10-28-02_

CASE _CC 02-0920_ CHARGE: _Robbery_

_State_ VS _Charles Smith_

ATTY: _Will Powell_     ATTY: _Winston Durant_

| | PLANTIFF | DEFENDANT | | |
|---|---|---|---|---|
| 1 | 389 | 309 | | |
| 2 | 374 | 356 | | |
| 3 | 327 | 380 | | |
| 4 | 339 | 411 | | |
| 5 | 390 | 382 | | |
| 6 | 326 | 298 | | |
| 7 | 375 | 395 | | |
| 8 | 392 | 340 | | |
| 9 | 328 | 313 | | |
| 10 | 363 | 371 | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |

```
*********************
No. Jur.    No. Stk.
*********************
   12          0
   14          1
   16          2
   18          3
   20          4
   22          5
   24          6
   26          7
   28          8
   30          9
   32         (10)
   34         11
   36         12
   38         13
   40         14
   42         15
*********************
```

RECEIVED
10-29-02
CIRCUIT COURT CLERK



**STATE OF ALABAMA**
## DEPARTMENT OF CORRECTIONS

**DON SIEGELMAN**
GOVERNOR

**MICHAEL W. HALEY**
COMMISSIONER

October 24, 2002

Mr. William I. Powell
Montgomery County District Attorney's Office
P. O. Box 1667
Montgomery, AL 36102-1667

Dear Mr. Powell:

This is to certify that I (Betty Teague) am Director, Central Records Office, and that I am the legal custodian of inmate central records on file with the Alabama Department of Corrections and the enclosed or attached documents are true and correct copies taken directly from the records on file with the Department of Corrections and pertain to none other than the person whose name appears hereon:

| Charles Smith, Sr. | 129560 | B/M | Jefferson |
|---|---|---|---|
| NAME | NUMBER | R&S | COUNTY |

DOCUMENTS ENCLOSED/ATTACHED

    (A)    Transcripts – CC1981- 530
    (B)    Inmate Summary of 09/22/1986
    (C)    Receipt of Released Convict Form

BETTY H. TEAGUE
Director of Records

SWORN TO AND SUBSCRIBED BEFORE ME
THIS THE 24th DAY OF OCTOBER 2002

Mary Ann Little, Notary Public
State of Alabama at Large
MY COMMISSION EXPIRES JULY 19, 2006

**RECEIVED**
11-12-08
CIRCUIT COURT CLERK

Central Records Office – 1400 Lloyd Street, P. O. Box 301501 – Montgomery, Alabama 36130 – Telephone No. (334) 240-9500

Case 2:05-cv-00935-MHT-TFM   Document 6-2   Filed 09/25/2005   Page 17 of 47

TRANSCRIPT            CIRCUIT

# The State of Alabama
### JEFFERSON COUNTY

THE CIRCUIT COURT OF JEFFERSON COUNTY

N. CC-81-00530

THE STATE vs

Charles Smith, Sr.                 Robbery I

This the _____30_____ day of _____July_____ 19 81 _____ Earl C. Mo___
District Attorney, who prosecutes for the State of Alabama, and also came the Defendant in his own ___
and by his attorney, and the said Defendant being duly arraigned upon said indictment, for his plea thereto, says
that he is not guilty of **Robbery in the First Degree** _____ As charged
We, the Jury, find the defendant guilty of robbery in the first deg___
in the indictment. **as charged in the indictment.** Georges R. Wilmet, Foreperson ___

And on this the 30 _____ day of _____July_____ 19 81 _____ the said Defendant being now
in open Court and being asked by the Court if he had anything to say why the judgment of the Court and t__ sen-
tence of the law should not now be pronounced upon him says nothing. It is therefore considered by the Court and ___
it is the judgment of the Court that the Defendant is guilty as charged in the indictment and it is the sentence of
the law that the said Defendant, the said _____Charles Smith, Sr._____ be imprisoned in the
PENITENTIARY of the State of Alabama for a term of _____Twenty_____ years.

DOA _____ 7-28-80 _____

7-30-81  Defendant gives notice of appeal _____

And it is hereby ordered that the Defendant be credited with all of his actual time spent incarcerated in the Jeff-
erson County Jail, a period of _____21_____, pending trial of this cause unless he was
serving time for another offense.

---

# The State of Alabama
### JEFFERSON COUNTY

As Clerk of the Circuit Court of Jefferson County, Alabama, I hereby certify that the within is a true and
correct copy of the judgment entry and sentence in the within stated cause.

Witness my hand this 30 _____ day of _____July_____, 19 81.

_____, Clerk.

DESCRIPTION OF CONVICT

Color B Sex M Age 1-31-58 Married _____ Occupation _____ Health _____
Names and address of relatives

3-1-84 Amended Transcript

TRANSCRIPT                                                                CIRCUIT-1

**18**

# The State of Alabama
### JEFFERSON COUNTY          THE CIRCUIT COURT OF JEFFERSON COUNTY

N. CC 81-00130

THE STATE vs.

_____                    Robbery 1st

_____                    Hon. Charles Nice Jr.

This the ___ 30 ___ day of ___ July ___ 19 81 came ___ Earl C. Morgan ___ District Attorney, who prosecutes for the State of Alabama, and also came the Defendant in his own proper person and by his attorney and the said Defendant being duly arraigned upon said indictment, for his plea thereto, says that he is/is not guilty of ___ Robbery in the First Degree ___ as charged in the indictment. **We the Jury find the defendant guilty of robbery in the first degree as charged in the indictment. Georges R. Wilmot, Foreperson**

And on this the 30 day of ___ July ___ 19 81 the said Defendant being now in open Court and being asked by the Court if he had anything to say why the judgment of the Court and the sentence of the law should not now be pronounced upon him says nothing. It is therefore considered by the Court and it is the judgment of the Court that the Defendant is guilty as charged in the indictment and it is the sentence of the law that the said Defendant, the said ___ Charles Smith, Sr ___ be imprisoned in the PENITENTIARY of the State of Alabama for a term of ___ Twenty ___ years.

DOA ___ 11-28-80

7-30-81 Defendant gives notice of appeal

XXXXX   1-30-84 Certificate of Affirmance

And it is hereby ordered that the Defendant be credited with all of his actual time spent incarcerated in the Jefferson County Jail, a period of ___ 21 ___ , pending trial of this cause unless he was serving time for another offense.

---

## The State of Alabama
### JEFFERSON COUNTY

___ As Clerk of the Circuit Court of Jefferson County, Alabama, I hereby certify that the within is a true and correct copy of the judgment entry and sentence in the within stated cause.

Witness my hand this 30 ___ day of ___ July ___ 81

_____ Clerk.

DESCRIPTION OF CONVICT

Color ___ B Sex ___ M Age ___ 1-31-3 Married _____ Occupation _____ Health _____

Names and address of relatives

ALABAMA DEPARTMENT OF CORRECTIONS
INMATE SUMMARY AS OF 07/22/86

AIS: 001298    INMATE: SMITH, CHARLES SR          RACE: B  SEX:
INSTITUTION: 063 - WEST JEFFERSON CORR. FACILITY         AIS CR: 001400
DOB: 01/31/58    SSN: 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    PREVIOUS AIS: P001177

ADM DT: 08/17/81    DEAD TIME: 00Y 00M 00D        PD: 7-93

ADM TYP: NEW COMIT FROM CRT W/O REV OF PROD STAT: NEW COMIT FROM CRT W/O REV

CURRENT CUSTODY: COM-9 (7-11-90)    CURRENT CUSTODY DATE:

SERVING UNDER ACT446 LAW IN CLASS IV    CURRENT CLASS DATE:  07/30/
INMATE IS EARNING : PROHIBITED FROM EARNING GOODTIME

| COUNTY | SENT DT | CASE NO | CRIME | JL-CR |
|--------|---------|---------|-------|-------|
| JEFFERSON | 07/30/81 | N81000530 | ROBBERY I | 0021D 020Y 00 |
| | COURT CCSTS : $0000000 | FINES : $0000000 | RESTITUTION |

| TOTAL TERM | MIN REL DT | GOOD TIME BAL | LONG DATE |
|------------|------------|---------------|-----------|
| 020Y 00M 00D | 07/08/2001 | 000Y 00M 00D | 07/08/2001 |

INMATE LITERAL:

DETAINER WARRANTS SUMMARY
  INMATE CURRENTLY HAS NO DETAINER-WARRANT RECORDS

ESCAPEE-PAROLE SUMMARY
  INMATE CURRENTLY HAS NO ESCAPE OR PAROLE RECORDS

DISCIPLINARY SUMMARY

>>DISCIP   01/28/86  TIME LOST: 00Y00M00D    CUST FROM MIN9 TO MIN9
  DISCIP TYPE: MAJOR           AT INST: 024  RULE NUMBER: 35
  RETAINED DAYS: 0000    SEQ #: 04   RULE LIT: FIGHTING WITHOUT A WEAPON

>>DISCIP   01/02/85  TIME LOST: 00Y00M00D    CUST FROM MIN9 TO MIN9
  DISCIP TYPE: MAJOR           AT INST: 063  RULE NUMBER: 69
  RETAINED DAYS: 0000    SEQ #: 03   RULE LIT: POSSESSION OF CONTRABAND

>>DISCIP   10/22/84  TIME LOST: 00Y00M00D    CUST FROM MIN9 TO MIN9
  DISCIP TYPE: MAJOR           AT INST: 063  RULE NUMBER: 69
  RETAINED DAYS: 0000    SEQ #: 02   RULE LIT: POSSESSION OF CONTRABAND

RECEIVED
SEP 30 1986

11-13-85

CONTINUED ON NEXT PAGE

**20**

ORM CARD                                STATE OF ALABAMA                     DATE: 04/22/93  R
                                    DEPARTMENT OF CORRECTIONS
930922-056                          RECEIPT OF RELEASED CONVICT                          CJP216

INSTITUTION: MONTGOMERY WORK RELEASE                    DATE RELEASED: SEP 27, 1993

NAME: SMITH, CHARLES SR                                SERIAL NUMBER: 00127560

COUNTY COMMITTED FROM: JEFFERSON                       DATE COMMITTED: JUL 30, 1981

HOW RELEASED: PAROLE - PGBH

REMARKS:

RECEIVED FROM WARDEN: _Frank Griswold_              DOLLARS:

IN FULL PAYMENT OF AMOUNTS AS SET OUT BELOW:

DISCHARGE MONEY:   12 YR.   03 MO.   $   24.00       Address
                                                    5355 Tree Road
BUS FARE TO:                          $              Montgomery Ala
                                                    36110
1 DAY TRAVEL                          $             ZW  834 9777
                                                    Phone
1 OUTFIT CLOTHING                     $             SS # 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

    TOTAL                             $  0

        SIGNED  _Charles Sm, Sr_                         p/roll  5368
                                                                 .700
        WITNESS                                         _ _ _ l- 5.068

        WITNESS

DETAINER/WARRANT
RECEIPT SIGNATURE

        • NOTE: ALL SIGNATURES MUST BE MADE IN INK. •

                END OF PAGE 001 OF 001 PAGES

**IN THE CIRCUIT COURT FOR THE FIFTEENTH JUDICIAL CIRCUIT**
**MONTGOMERY COUNTY, ALABAMA**

| | | |
|---|---|---|
| STATE OF ALABAMA | ) | |
| | ) | |
| v. | ) | Case No. CC-02-920-SMG |
| | ) | |
| CHARLES SMITH, | ) | |
| Defendant. | ) | |

<u>**STATE'S LIST OF POTENTIAL WITNESSES**</u>
<u>**FOR VOIR DIRE EXAMINATION**</u>

COMES NOW the State of Alabama, by and through the District Attorney for the

Fifteenth Judicial Circuit, Eleanor I. Brooks, and submits the following list of potential

witnesses for purpose of voir dire examination:

1. Det. C. J. Butterbaugh
2. LaKeshia Atkins
3. Alvin Ray Bly
4. Trudale Jackson
5. Zenetta Roberson
6. Shontrice Roberson
7. Pof. M. M. Barber
8. Pof. T. J. Koerner
9. Pof. T. E. Roberts
10. Pof. E. L. Johnson
11. Det. B. F. Harrison
12. Pof. M. E. Higgins
13. Pof. D. I. Burnett
14. Pof. C. L. Collum

WHEREFORE, the State respectfully submits the above list of witnesses to be

presented to the jury venire during voir dire examination.



RECEIVED
10-29-02
CIRCUIT COURT CLERK

Respectfully submitted this the _____28th_____ day of _____October_____, 2002.

Eleanor I. Brooks,
District Attorney

By: _____
William I. Powell
Deputy District Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served upon Wiley Hartley and/or Winston Durant by placing the same in the U.S. Mail, postage prepaid and properly addressed, or in the appropriate courthouse box or by hand delivery of the same to said attorney, done this the _____28th_____ day of _____Oct_____, 2002.

Eleanor I. Brooks,
District Attorney

By: _____
William I. Powell
Deputy District Attorney

| | | Case Number |
|---|---|---|
| State of Alabama | **JURY VERDICT** | **CC-02-920 GR** |
| Unified Judicial System | | |
| Form C-50    Rev 6/88 | | |

# IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

**Plaintiff: State of Alabama        v.    Defendant: CHARLES SMITH**

X        We the Jury find the Defendant GUILTY of Robbery

in  the First Degree as charged in the indictment.


OR


_____   We the Jury find the Defendant NOT GUILTY.


James Pinkney
_____
**Name of Foreperson (please print)**

_James Pinkney_
_____
**Signature of Foreperson**

Date filed   10-29-02

29-02

JUDGEMENT IS HEREBY ENTERED
IN ACCORDANCE WITH THE
VERDICT OF THE JURY.

Sally Greenlaw
Circuit Judge

**RECEIVED**

10-29-02

CIRCUIT COURT CLERK

**IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA**

STATE OF ALABAMA,                    *

     Plaintiff,                        *

v.                                   *    CASE NO. CC-02-920 GR

CHARLES SMITH, SR.,                  *

     Defendant.                        *

<u>ORDER</u>

The Court having found Defendant to be indigent, it is ORDERED that the Honorable Winston Durant is given leave to withdraw and the Honorable Kelly Vickers is appointed to represent Defendant in the above referenced matters on appeal.

DONE this the 12th day of November, 2002.

_Sally Greenhaw_
SALLY GREENHAW
CIRCUIT JUDGE

Pc:

Winston Durant, Esq.
Kelly Vickers, Esq.
District Attorney
Court of Criminal Appeals
Office of the Attorney General

RECEIVED
11-12-02
CIRCUIT COURT CLERK

**25**

✓

```
ACR371            ALABAMA JUDICIAL DATA CENTER
        NOTICE OF APPEAL TO THE ALABAMA COURT OF CRIMINAL APPEALS
                    BY THE TRIAL COURT CLERK
              IN THE CIRCUIT COURT OF MONTGOMERY COUNTY
STATE OF ALABAMA VS SMITH CHARLES          JUDGE: SARAH M. GREENHAW
-------------------------------------------------------------------
| APPEAL DATE: 11/12/2002  Oral Notice                            |
|-----------------------------------------------------------------|
| INDIGENCY STATUS:                                               |
|   GRANTED INDIGENCY STATUS AT TRIAL COURT:    __X__ YES _____ NO |
|   APP. TRIAL COUNSEL PERMITTED TO W/D ON APPEAL: __X__ YES _____ NO |
|   INDIGENT STATUS REVOKED ON APPEAL:          _____ YES __X__ NO |
|   INDIGENT STATUS GRANTED ON APPEAL:          __X__ YES _____ NO |
|                                                                 |
| DEATH PENALTY: NO                                               |
|                                                                 |
| APPEAL TYPE: STATE CONVICTION                                   |
|-----------------------------------------------------------------|
| THIS IS AN APPEAL FROM A CONVICTION.                            |
|                                                                 |
| DATE OF CONVICTION: 10/29/2002      DATE OF SENTENCE: 11/12/2002 |
|                                                                 |
| YOUTHFUL OFFENDER STATUS: DENIED                                |
|                                                                 |
| CO/CASE NUMBER: 03/CC 2002 000920.00                           |
| CODE: ROB1   CONVICTION: ROBBERY 1ST      ACTION: CONVICTED     |
|                                           STATUTE: 13A-008-041  |
| SENTENCE:   CONF: 20 YRS 00 MOS 000 DAYS                        |
| SENTENCE:   PROB: 00 YRS 00 MOS 000 DAYS   LIFE: NO  LIFEWO: NO |
|-----------------------------------------------------------------|
| POST-JUDGMENT MOTIONS FILED:   DT FILED    DT DENIED  CON BY AGREE|
| ___ MOTION FOR NEW TRIAL     _____    _____   _____ |
| ___ MOTION FOR JUDG. OF ACQUIT _____  _____   _____ |
| ___ MOTION TO W/D GUILTY PLEA _____    _____   _____ |
| ___ MOTION FOR ATTY TO W/DRAW _____    _____   _____ |
| ___ OTHER _____    _____    _____   _____ |
|-----------------------------------------------------------------|
| COURT REPORTER(S):            NEWMAN MEREDITH                   |
| ADDRESS:                      C/O HON. SALLY GREENHAW           |
|                               MONTGOMERY   , AL  36102          |
|                                                                 |
| APPELLATE COUNSEL #1:         VICKERS KELLY D                   |
| ADDRESS:                      P. O. BOX 230803                  |
|                                                                 |
|                               MONTGOMERY   , AL  36123         |
| PHONE NUMBER:                 334-202-7750                      |
|                                                                 |
| APPELLATE COUNSEL #2:         ------------------------------    |
| ADDRESS:                      ------------------------------    |
|                               ------------------------------    |
|                               ------------------------------    |
| PHONE NUMBER:                 ------------------------------    |
|                                                                 |
| APPELLANT (PRO SE):           SMITH CHARLES                     |
| ADDRESS:                      5719 VALLEY BROOK LN              |
|                               MONTGOMERY   , AL  361173236      |
| AIS #:                                                          |
|                                                                 |
| APPELLEE (IF CITY APPEAL):    ------------------------------    |
| ADDRESS:                      ------------------------------    |
|                               ------------------------------    |
|-----------------------------------------------------------------|
                                                OPERATOR: DBH
I CERTIFY THAT THE INFORMATION PROVIDED        PREPARED: 11/19/2002
ABOVE IS ACCURATE TO THE BEST OF MY
KNOWLEDGE AND I HAVE SERVED A COPY OF
THIS NOTICE OF APPEAL ON ALL PARTIES TO
THIS ACTION ON THIS 19th DAY OF NOV. ,2002     CIRCUIT COURT CLERK
```



```
ACR359                        ALABAMA JUDICIAL DATA CENTER
                                    MONTGOMERY COUNTY
                                   TRANSCRIPT OF RECORD
                                   CONVICTION REPORT
                                             CC 2002 000920.00 01
                                                SARAH M. GREENHAW
-----------------------------------------------------------------------
| CIRCUIT COURT OF MONTGOMERY COUNTY            COURT ORI: 003045 J   |
|-------------------------------------------------------------------- |
| STATE OF ALABAMA   VS.                     DC NO: GJ 2002 070256.00 |
| SMITH CHARLES                ALIAS:        G J:    0256             |
| 5719 VALLEY BROOK LN         ALIAS:        SSN:    419886398        |
| MONTGOMERY  AL  36117 3236                 SID:    000775002        |
|                                            AIS:                     |
|-------------------------------------------------------------------- |
| DOB: 01/31/1958  SEX: M  HT: 5 08  WT: 210  HAIR: BLK   EYE: BRO   |
| RACE: ( )W (X)B ( )O  COMPLEXION: _____  AGE: _____  FEATURES: ___ |
|-------------------------------------------------------------------- |
| DATE OFFENSE: 04/28/2002  ARREST DATE: 04/28/2002  ARREST ORI: 0030100 |
|-------------------------------------------------------------------- |
| CHARGES @ CONV    CITES       CT CL COURT ACTION        CA DATE     |
| ROBBERY 1ST       13A-008-041 01 A  CONVICTED          10/29/2002   |
|                               00                       00/00/0000   |
|                               00                       00/00/0000   |
|-------------------------------------------------------------------- |
| JUDGE: SARAH M. GREENHAW           PROSECUTOR:                     |
|-------------------------------------------------------------------- |
| PROBATION APPLIED   GRANTED  DATE    REARRESTED DATE  REVOKED  DATE |
| ( )Y( )N            ( )Y( )N         ( )Y( )N _____ ( )Y( )N _____ |
|-------------------------------------------------------------------- |
| 15-18-8, CODE OF ALA 1975    IMPOSED   SUSPENDED   TOTAL    JAIL CREDIT |
| ( )Y (X)N  CONFINEMENT: 20 00 000  00 00 000  20 00 000  00 00 199 |
|            PROBATION  : 00 00 000  00 00 000  00 00 000            |
| DATE SENTENCED: 11/12/2002    SENTENCE BEGINS: 11/12/2002          |
|-------------------------------------------------------------------- |
| PROVISIONS             COSTS/RESTITUTION       DUE       ORDERED   |
|                                                                    |
|   PENITENTIARY         RESTITUTION           $62.96      $62.96    |
|                        ATTORNEY FEE         $200.00     $200.00    |
|                        CRIME VICTIMS         $50.00      $50.00    |
|                        COST                 $367.00     $367.00    |
|                        FINE                $2000.00    $2000.00    |
|                        MUNICIPAL FEES         $0.00       $0.00    |
|                        DRUG FEES              $0.00       $0.00    |
|                        ADDTL DEFENDANT        $0.00       $0.00    |
|                        DA FEES                $0.00       $0.00    |
|                        COLLECTION ACCT        $0.00       $0.00    |
|                        JAIL FEES              $0.00       $0.00    |
|                                                                    |
|                        TOTAL              $2679.96    $2679.96    |
|-------------------------------------------------------------------- |
| APPEAL DATE      SUSPENDED      AFFIRMED         REARREST          |
|                                                                    |
| ( )Y( )N _____  ( )Y( )N _____ ( )Y( )N _____  ( )Y( )N _____ |
|-------------------------------------------------------------------- |
| REMARKS:                          THIS IS TO CERTIFY THAT THE      |
|                                   ABOVE INFORMATION WAS EXTRACTED  |
|                                   FROM OFFICIAL COURT RECORDS      |
|                                   AND IS TRUE AND CORRECT.         |
| WEAPON ENHANCEMENT APPLIED.                                        |
| 50% OF MONIES TO COURT.                                            |
| DOC TO GIVE 60 DAY NOTICE PRIOR TO EOS.                           |
|                                                                    |
|                                   _____  |
|                                   MELISSA RITTENOUR(CC)           |
|                                                                    |
|                                   11/19/2002                      |
|                                                                    |
-----------------------------------------------------------------------
OPERATOR: DBH
PREPARED: 11/19/2002
```

**27**

02-920

| State of Alabama<br>Unified Judicial System<br>Form ARAP- 26 (front)    8/91 | COURT OF CRIMINAL APPEALS<br>DOCKETING STATEMENT | Criminal Appeal Number<br>CR · 02-0327 |
|---|---|---|

## A. GENERAL INFORMATION:

☒ CIRCUIT COURT  ☐ DISTRICT COURT  ☐ JUVENILE COURT OF    Montgomery    COUNTY

Charles Smith , Appellant

v.    ☒ STATE OF ALABAMA    ☐ MUNICIPALITY OF

| Case Number<br>CC-02-920 | Date of Complaint or Indictment<br>7/19/02 | Date of Judgment/Sentence/Order<br>11/12/02 |
|---|---|---|
| Number of Days of Trial/Hearing<br>one    Days | Date of Notice of Appeal<br>Oral:  11/12/02 | Written: |

Indigent Status Requested:  ☒ Yes  ☐ No        Indigent Status Granted:  ☒ Yes  ☐ No

## B. REPRESENTATION:

Is Attorney Appointed or Retained?  ☒ Appointed  ☐ Retained.        If no attorney, will appellant represent self?  ☐ Yes  ☐ No

| Appellant's Attorney (Appellant if pro se) (Attach additional pages if necessary)<br>Kelly Vickers | Telephone Number<br>334-669-0700 |
|---|---|
| Address<br>P.O. Box 230803 | City<br>Montgomery | State<br>AL | Zip Code<br>36123 |

## C. CODEFENDANTS: List each CODEFENDANT and the codefendant's case number.

| Codefendant | Case Number |
|---|---|
| Codefendant | Case Number |
| Codefendant | Case Number |

DEC 2002
FILED
Melissa Rittenour
Circuit Clerk

## D. TYPE OF APPEAL:  Please check the applicable block.

1 ☒ State Conviction        4 ☐ Pretrial Order        7 ☐ Juvenile Transfer Order        10 ☐ Other (Specify)
2 ☐ Post-Conviction Remedy  5 ☐ Contempt Adjudication  8 ☐ Juvenile Delinquency
3 ☐ Probation Revocation    6 ☐ Municipal Conviction   9 ☐ Habeas Corpus Petition

## E. UNDERLYING CONVICTION/CHARGE: Regardless of the type of appeal checked in Section D, please check the box beside each offense category for which the appellant has been convicted or charged as it relates to this appeal. Also include the applicable section of the Code of Alabama for State convictions.

1 ☐ Capital Offense - § _____        6 ☐ Trafficking in Drugs - § _____        11 ☐ Fraudulent Practices - § _____
2 ☐ Homicide - § _____              7 ☒ Theft - § 13A-8-41  Robbery           12 ☐ Offense Against Family - § _____
3 ☐ Assault - § _____               8 ☐ Damage or Intrusion                    13 ☐ Traffic - DUI - § _____
4 ☐ Kidnapping/Unlawful                   to Property - § _____                 14 ☐ Traffic - Other - § _____
     Imprisonment - § _____         9 ☐ Escape - § _____                     15 ☐ Miscellaneous (Specify):
5 ☐ Drug Possession - § _____       10 ☐ Weapons/Firearms - § _____              _____ - § _____

## F. DEATH PENALTY:

Does this appeal involve a case where the death penalty has been imposed?  ☐ Yes  ☒ No

## G. TRANSCRIPT:

1. Will the record on appeal have a reporter's transcript?  ☒ Yes  ☐ No
2. If the answer to question "1" is "Yes," state the date the Reporter's Transcript Order was filed.  12/16/02 (Date)
3. If the answer to question "1" is "No":
   (a) Will a stipulation of facts be filed with the circuit clerk?  ☐ Yes  ☐ No
   (b) Will the parties stipulate that only questions of law are involved and will the trial court certify the questions?  ☐ Yes  ☐ No

NOTE:  If the appeal is from the district or juvenile court and the answer to question "1" is "No," then a positive

| Form ARAP- 26 (back)    8/91 | COURT OF CRIMINAL APPEALS DOCKETING STATEMENT |

**H. POST-JUDGMENT MOTIONS:** List all post-judgment motions by date of filing, type, and date of disposition (whether by trial court order or by the provisions of Rules 20.3 and 24.4 (ARCrP)):

| DATE OF FILING | | | TYPE OF POST-JUDGMENT MOTION | DATE OF DISPOSITION | | |
|---|---|---|---|---|---|---|
| Month | Day | Year | | Month | Day | Year |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**I. NATURE OF THE CASE:** Without argument, briefly summarize the facts of the case.

Appellant was found guilty by a Jury following trial. He was given the minimum sentence.

**J. ISSUE(S) ON APPEAL:** Briefly state the anticipated issues that will be presented on appeal. (Attach additional pages if necessary)

Apellant maintains his innosense and question the sufficiency of the evidence.

Other issues will be revealed upon review.

**K. SIGNATURE:**

12/16/02
Date

Kelly Vickers
Signature of Attorney Party Filing this Form

| State of Alabama Unified Judicial System<br>Form ARAP- 1C    8/91 | **REPORTER'S TRANSCRIPT ORDER -- CRIMINAL**<br>See Rules 10(c) and 11(b) of the<br>Alabama Rules of Appellate Procedure (A.R. App.P.) | Criminal Appeal Number<br>CR - 02-0327 |
|---|---|---|

TO BE COMPLETED BY COUNSEL FOR THE APPELLANT OR BY THE APPELLANT IF NOT REPRESENTED AND FILED WITH THE WRITTEN NOTICE OF APPEAL OR FILED WITHIN 7 DAYS AFTER ORAL NOTICE OF APPEAL IS GIVEN.

☒ CIRCUIT COURT  ☐ DISTRICT COURT  ☐ JUVENILE COURT OF ___Montgomery___ COUNTY

___Charles Smith___, Appellant

v  ☒ STATE OF ALABAMA  ☐ MUNICIPALITY OF _____

| Case Number  CC-02-920 | Date of Judgment/Sentence/Order  11/12/02 |
|---|---|
| Date of Notice of Appeal<br>Oral:  11/12/02    Written: | Indigent Status Granted:<br>☒ Yes  ☐ No |

**PART 1. TO BE SIGNED IF THE APPEAL WILL NOT HAVE A COURT REPORTER'S TRANSCRIPT:**

I CERTIFY THAT NO REPORTER'S TRANSCRIPT IS EXPECTED AND THAT THE RECORD ON APPEAL SHALL CONSIST OF THE CLERK'S RECORD ONLY. IF THE APPEAL IS FROM DISTRICT COURT OR JUVENILE COURT, I ALSO CERTIFY (1) THAT A STIPULATION OF FACTS WILL BE INCLUDED IN THE CLERK'S RECORD AND THAT THE APPELLANT WAIVES HIS RIGHT TO A JURY TRIAL IF SO ENTITLED, OR (2) THAT THE PARTIES HAVE STIPULATED THAT ONLY QUESTIONS OF LAW ARE INVOLVED AND THAT THE QUESTIONS WILL BE CERTIFIED BY THE JUVENILE/DISTRICT COURT FOR INCLUSION IN THE CLERK'S RECORD (SEE RULE 28(A)(1), ALABAMA RULES OF JUVENILE PROCEDURE, AND §12.12.72, *CODE OF ALABAMA 1975*)

| Signature | Date | Print or Type Name |
|---|---|---|

**PART 2. DESIGNATION OF PROCEEDINGS TO BE TRANSCRIBED.** Request is hereby made to the court reporter(s) indicated below for a transcript of the following proceedings in the above referenced case (see Rule 10(c)(2), Alabama Rules of Appellate Procedure (A.R. App.P.))

**MARK PROCEEDINGS REQUESTED:**

COURT REPORTER(S)

A. ☒ TRIAL PROCEEDINGS - Although this designation will include the judgment and sentence proceedings, a transcript of the organization of the jury and arguments of counsel must be designated separately

Meredith Newman
C/O Sally Greenhaw, C.J.
Mont. AL 36102

B. ☒ ORGANIZATION OF THE JURY - This designation will include voir dire examination and challenges for cause. Note that in noncapital cases the voir dire of the jury will not be recorded unless the trial judge so directs. (See Rule 19.4, ARCrP.)

C. ☐ ARGUMENTS OF COUNSEL - Note that in noncapital cases the arguments of counsel will not be recorded unless the trial judge so directs. (See Rule 19.4, ARCrP.)

IN ADDITION TO ANY PROCEEDINGS DESIGNATED ABOVE, SPECIAL REQUEST IS HEREBY MADE TO INCLUDE THE FOLLOWING PROCEEDINGS IN THE REPORTER'S TRANSCRIPT PORTION OF THE RECORD ON APPEAL. (ATTACH ADDITIONAL PAGES IF NECESSARY)

ADDITIONAL PROCEEDINGS REQUESTED                    DATE

D. ___8md___

E. _____

F. _____

G. _____

**IMPORTANT NOTICE:** The court reporter who reported the proceedings for which a transcript is requested must be identified on this form to be effective. Additionally, it is important to note that the appellant may not be permitted to raise any issue on appeal relating to any proceedings in the case that are not specifically designated on this form for inclusion in the reporter's transcript. A general designation such as "all proceedings" is not sufficient. (See Rule 10(c)(2), A.R.App.P.)

**PART 3. MUST BE SIGNED IF THE APPEAL WILL HAVE A COURT REPORTER'S TRANSCRIPT:**

I CERTIFY THAT I HAVE DISTRIBUTED THIS FORM AS SET OUT BELOW. I ALSO CERTIFY (1) THAT I HAVE MADE SATISFACTORY FINANCIAL ARRANGEMENTS WITH EACH COURT REPORTER LISTED ABOVE FOR PREPARING HIS OR HER PORTION OF THE REPORTER'S TRANSCRIPT HEREIN REQUESTED; OR (2) THAT THE APPELLANT PROCEEDED AT TRIAL AS AN INDIGENT AND THAT STATUS HAS NOT BEEN REVOKED; OR (3) THAT THE APPELLANT HAS BEEN GIVEN PERMISSION TO PROCEED ON APPEAL IN FORMA PAUPERIS.

| Kelly Vickers | 12/16/02 | Kelly Vickers |
|---|---|---|
| Signature | Date | Print or Type Name |

**DISTRIBUTION:** Original filed with Clerk of Trial Court and copies mailed to: (1) Clerk of the Court of Criminal Appeals; (2) the District Attorney; (3) the Attorney General or the municipal prosecutor in lieu of the District Attorney and the Attorney General if the appeal is from a municipal conviction; and (4) each Court Reporter who reported proceedings designated for inclusion in the reporter's transcript.

CC-02-920   Charles Smith   30

5

```
 1                    E X H I B I T S

 2      STATE'S EXHIBITS:

 3           EXHIBIT NO. 1 -- PICTURE OF DEFENDANT --      133

 4           EXHIBIT NO. 2 -- PICTURE OF CEILING TILE -   193

 5           EXHIBIT NO. 3 -- PICTURE OF BATHROOM --      193

 6           EXHIBIT NO. 4 -- PICTURE OF BATHROOM --      193

 7           EXHIBIT NO. 5 -- PICTURE OF BATHROOM --      193

 8           EXHIBIT NO. 6 -- PICTURE OF BATHROOM --      193

 9           EXHIBIT NO. 7 -- PICTURE OF BATHROOM --      193

10           EXHIBIT NO. 8 -- PICTURE OF TIME-LOCK SAFE   46

11           EXHIBIT NO. 9 -- PICTURE OF BACK DOOR -      53

12           EXHIBIT NO. 10 - PICTURE OF JEEP ---         123

13           EXHIBIT NO. 11 - PICTURE OF JEEP ---         132

14           EXHIBIT NO. 12 - PICTURE OF JEEP INSIDE --   151

15           EXHIBIT NO. 13  PICTURE OF TWO ITEMS FOUND   176

16           EXHIBIT NO. 14 - PICTURE OF BANK BAG FOUND   167

17           EXHIBIT NO. 15 PICTURE OF PLASTIC BANK BAG   167

18           EXHIBIT NO. 16 - MASK -------                177

19           EXHIBIT NO. 17 - ARBY'S PLASTIC BANK BAG -   188

20           EXHIBIT NO. 18 - ARBY'S PLASTIC BANK BAG -   188

21           EXHIBIT NO. 19 - ARBY'S PLASTIC BANK BAG -   150

22           EXHIBIT NO. 20 - ARBY'S PLASTIC BANK BAG -   188

23           EXHIBIT NO. 21 - SOUTHTRUST BANK BAG --      189

24           EXHIBIT NO. 22 - GLOVES ------               186

25           EXHIBIT NO. 23 - ROUGH MAP -----             165
```





STATE'S
EXHIBIT
2



STATE'S
EXHIBIT

3



STATE'S
EXHIBIT

4



STATE'S
EXHIBIT

5



STATE'S
EXHIBIT

6



**STATE'S EXHIBIT**

7



STATE'S
EXHIBIT
8



STATE'S
EXHIBIT

9





STATE'S
EXHIBIT

10

41



STATE'S
EXHIBIT

11

42



STATE'S
EXHIBIT

12



STATE'S
EXHIBIT

13

44



STATE'S
EXHIBIT

14

45



STATE'S
EXHIBIT

15

NOT TO SCALE

46



STATE'S
EXHIBIT

23

| State of Alabama<br>Unified Judicial System | CERTIFICATE OF COMPLETION AND<br>TRANSMITTAL OF RECORD ON<br>APPEAL BY TRIAL CLERK | Appellate Case Number<br>*CC-02-920* |
|---|---|---|
| Form ARAP-14          Rev. 11/91 | | |

| TO: THE CLERK OF<br>    THE COURT OF CRIMINAL APPEALS OF ALABAMA | DATE OF<br>NOTICE OF APPEAL: *11-12-02 oral* |
|---|---|

**APPELLANT** *Charles Smith*

**v.   STATE OF ALABAMA**

     I certify that I have this date completed and transmitted herewith to the appellate court the record on appeal by assembling in (a single volume of _____ pages) (_____ volumes of 200 pages each and one volume of _____ pages) the clerk's record and the reporter's transcript and that one copy each of the record on appeal has been served on the defendant and the Attorney General of the State of Alabama for the preparation of briefs.

     I certify that a copy of this certificate has this date been served on counsel for each party to the appeal.

DATED this *27th* day of *Jan*, *2003*.

*Melissa Pittman*
_____
Circuit Clerk