1   Arby's and we just got robbed and the man ran out

2   the door.  So by then, when I'm telling him that,

3   that's when the white jeep crunk up.

4        Q.    Okay.  I'm going to show you State's 10,

5   and ask you if you recognize this.

6        A.    That's the jeep.

7        Q.    What is it?

8        A.    The white jeep.

9        Q.    You saw in the parking lot that night?

10       A.    Uh-huh.

11       Q.    And you heard this jeep crank while you

12   were talking to the police officers?

13       A.    Correct.

14       Q.    And then what happened?

15       A.    Then I pointed -- I was pointing toward

16   the jeep, telling him, there he go.  There he go.

17   But I knew wasn't nobody else in the parking or

18   whatever, and I had just heard the door shut.  And

19   I was pointing to him and by then he was taking off

20   at a fast rate of speed.  So the K-9 unit went

21   behind him.

22       Q.    So at that point, the jeep left the

23   parking lot, and the police followed him?

24       A.    Correct.

25       Q.    Did you ever see him again after that?

1          A.    No.

2          Q.    Now, I want to go back for a little bit

3     to when the fellow was inside the restaurant with

4     the gun.

5          A.    Uh-huh.

6          Q.    What was he wearing?

7          A.    He was wearing a green hospital -- I call

8     it a hospital -- a hospital suit, top and bottom.

9     He had on a black netted mask.  He had his eyes cut

10    out and his mouth cut out.  And the mask was

11    fitting tight on his face.

12         Q.    Now, I'm going to show you State's 16.

13    Do you recognize that?

14         A.    Yes.

15         Q.    What is it?

16         A.    The mask that he had on.

17         Q.    Do you recognize that from that night in

18    particular?

19         A.    Uh-huh.

20         Q.    Why?

21         A.    Because that little cut right here,

22    that's where -- because his mustache was heavy --

23    and you could see his mustache sticking out a

24    little bit.  And he had the eyes and the nose cut

25    out?

1    Q.    Okay.  Now, I'm going to show you

2    State's 1.  Do you recognize anything about

3    State's 1?

4        A.    Yes.

5        Q.    What?

6        A.    His shirt.  And all up in here.  You can

7    see -- because with the mask on his face -- it was

8    fitting tight on his face, so you can -- you

9    couldn't picture his face, but you could kind of

10   get an idea.  And then with his shirt, that's the

11   same shirt, because he was a heavy set dude.

12       Q.    Was he wearing anything on his hands?

13       A.    Yes, he had on some gloves.

14       Q.    What kind of gloves?  Describe them for

15   me.

16       A.    Like white -- white looking gloves, kind

17   of like old looking.

18       Q.    I'm going to show you State's 22.  Do you

19   recognize any of these?

20       A.    That was it.

21       Q.    Are you sure these were the gloves?

22       A.    Yeah.

23       Q.    Are do they look like the gloves?

24       A.    Them were similar to it, so -- I wasn't

25   too much trying to pay too much attention to them

1    like that.

2        Q.    Is there anything else you can remember

3    about that night, Ms. Jackson?

4                    MR. DURANT:  Objection.

5                    THE COURT:  Sustained.

6        Q.    Anything else, in particular, that stood

7    out in your mind about the person that robbed you?

8        A.    No.  It just scared me, because it was --

9    we were closed, and I just looked over the counter

10   and --

11                   MR. DURANT:  Objection.

12                   THE COURT:  Sustained.  That's not

13   responsive.  And disregard that last response.

14                   MR. POWELL:  Nothing further, Judge.

15                   CROSS-EXAMINATION

16   BY MR. DURANT:

17       Q.    Good afternoon, Mr. Jackson.

18       A.    Good evening.

19       Q.    I believe you testified that you came

20   from the back room; is that correct, when you first

21   realized that the store was being robbed?

22       A.    Correct, come from the dish -- from the

23   drainer, correct.

24       Q.    Pardon me?

25       A.    Coming from the drainer in the back of

1    the store.

2        Q.   You had cleaned up the bathroom; is that

3    correct?

4        A.   Correct.

5        Q.   Both of them, men and women?

6        A.   Correct.  I mopped.

7        Q.   You mopped?

8        A.   Correct.

9        Q.   So you spent some time in the bathroom?

10       A.   Correct.

11       Q.   Did you see anything untoward, anything

12   that was out of place --

13       A.   No.

14       Q.   -- in the bathroom?

15       A.   No.

16       Q.   You didn't see any debris on the floor or

17   anything like that, did you?

18       A.   No.

19       Q.   Do you recall looking up at the ceiling?

20       A.   No.

21       Q.   But if there was a hole in the ceiling,

22   it would draw your attention; isn't that fair to

23   say?

24       A.   I never did -- when I went in the

25   bathroom, because, when I'm closing, I like to work

1  fast.  So I went in the bathroom, and I mopped --

2      Q.    And your eyes were --

3      A.    Oh, I mopped good.

4      Q.    Your eyes were down?

5      A.    Say what?

6      Q.    Your eyes were looking down to the floor?

7      A.    Yeah.  I never did look up.

8      Q.    Okay.  So you don't know if there was a

9  hole up there or not?

10     A.    Not at the time.

11     Q.    Okay.  At some point in time, did you

12  discover that there was a hole?

13     A.    Yes.

14     Q.    After the police got there?

15     A.    Yes.

16     Q.    Was it obvious to you after the police

17  got there that there was a hole?

18     A.    Yeah.  If you would have looked up and

19  paid attention, you probably would have --

20     Q.    About how high is that ceiling?  Do you

21  know?

22     A.    It's not too high.  But it's -- it wasn't

23  a big hole.  It was just probably like some of the

24  roofing probably needed repair or something like

25  that.

1      Q.   Okay.  But it -- it has to be somewhat

2   large for a person --

3      A.   (Witness nods.)

4      Q.   For an adult to get up in there and hide;

5   isn't that --

6      A.   You're right.

7      Q.   Would you agree?

8      A.   Correct.

9      Q.   And is it your testimony that as you were

10  coming from the bathroom that you just -- that you

11  observed what was going on up front?

12     A.   As I was leaving the bathroom, I was

13  walking towards the back to pick up my mop bucket.

14  But when I came back from the back coming to my

15  grill station to finish cleaning that off, that's

16  when I looked up at the counter and --

17     Q.   I see.  And you saw -- and you said that

18  the person who had the gun looked at you at the

19  same time, right?

20     A.   Yes.

21     Q.   And then came and got you?

22     A.   Correct.

23     Q.   And -- this person had you to kneel,

24  right?

25     A.   Correct.

1       Q.   And during this time, Ms. Atkins was

2  trying to open up the safe; is that correct?

3       A.   He had her kneeled down too.

4       Q.   Pardon me?

5       A.   Correct, he had her kneeling down also.

6       Q.   When did the third employee come up

7  there?

8       A.   After he had came and brought me down,

9  kneeled me down, then she walked around.

10      Q.   Okay.  And then she realized what was

11  happening?

12      A.   Yeah.  He met her.

13      Q.   Okay.  There came a time that the safe

14  was opened, right?

15      A.   Correct.

16      Q.   And you -- you -- you were the one who

17  stuffed the bags; is that correct?

18      A.   He -- basically, he had all of us

19  stuffing the bags --

20      Q.   Yeah.

21      A.   -- because he was rushing.

22      Q.   Uh-huh.

23      A.   He was rushing.  He had us stuffing the

24  bags.  But, mainly, it was like he was -- yeah,

25  basically, had me stuffing the bags.

```
 1          Q.    How many bags were there?  Do you recall?

 2          A.    No.

 3          Q.    After he finished stuffing the bags, then

 4     he took you or the two of you just walked to the

 5     back?

 6          A.    Huh-uh, he grabbed me up.

 7          Q.    Grabbed you up?

 8          A.    Correct.

 9          Q.    And then walked to the back?

10          A.    (Witness nods.)

11          Q.    And you were the one who -- removed the

12     bar; is that correct?

13          A.    As I was lifting towards the bar, he

14     grabbed the bar and pushed the bar off the door.

15          Q.    Okay.  And then he left?

16          A.    Correct.

17          Q.    How long was it before you went out the

18     back door -- did you go out the back?

19          A.    I did not go out the back.

20          Q.    You did not go.  You came back into the

21     store?

22          A.    I never did go out the door.  He pushed

23     me in the store, and he went out the back door.

24          Q.    Okay.  And -- and you -- at some point in

25     time, you went outside; isn't that correct?
```

1      A.    Correct.

2      Q.    Did you go out of the same back door?

3      A.    No.

4      Q.    The front door, the side door?

5      A.    The front door.

6      Q.    The front door.  So you came back into

7   the store?

8      A.    (Witness nods.)

9      Q.    And you went out the front door?

10      A.    Correct.

11      Q.    About how many times -- about how much

12   time had past -- can you estimate -- from the time

13   he left until the time you went out there?

14      A.    I can't say a time.  I wasn't really

15   trying to time.  I was just reacting because it

16   was --

17      Q.    I understand.  Did -- when you first went

18   outside, did you see a white jeep?

19      A.    No, not when I first went outside.

20      Q.    Okay.  The side that you went out, is

21   that the same side of the drive --

22      A.    No.

23      Q.    Okay.  So --

24      A.    It's on the opposite side.

25      Q.    I see.  Did there -- and when you first

1    went out, you immediately saw an officer; is that

2    correct?

3        A.    No.

4        Q.    Okay.  How long was it before you saw an

5    officer?

6        A.    After I had ran into the back of the

7    store --

8        Q.    Uh-huh.

9        A.    -- then I came and -- came back the same

10   way and ran to the other side of the store.

11       Q.    And let me stop you there.  When you

12   went -- when you went to the other side of the

13   store, did you see a jeep then?

14       A.    Yes.  Jeep, van --

15       Q.    Did you see --

16       A.    There was plenty of cars in the parking

17   lot.

18       Q.    There were plenty cars?

19       A.    Uh-huh.

20       Q.    How many?

21       A.    About -- I would say probably six.  I

22   don't know exactly.  I wasn't counting it.  But

23   probably about six.

24       Q.    About six cars?

25       A.    Yeah.

1      Q.    Do you drive?

2      A.    Yes.

3      Q.    Was one of those cars yours?

4      A.    No.  It was in the parking lot next to

5   Arby's.  They was in a whole another parking lot.

6      Q.    Okay.  And where was the jeep, the jeep

7   was in the other parking lot?

8      A.    Correct.

9      Q.    With the other five or six cars?

10      A.    Correct.

11      Q.    Do you know -- what was it that made the

12   jeep stand out among the six cars?

13      A.    Well, after I heard the door shut,

14   because it was -- wasn't nobody outside but us,

15   because it was closing time -- I thought it was a

16   door shut and the K-9 unit supposed to -- I guess

17   he seen me talking to the K-9 unit, so that's when

18   he crunk up the vehicle.

19      Q.    But you never saw the -- you never saw

20   this person who left the store with the scrub top,

21   you never saw that person enter the jeep?

22      A.    No.

23      Q.    What is the business next door to the

24   Arby's?

25      A.    If I'm not mistaken, it's a cleaners and

112

1    some more business over there.  But I know it's a

2    cleaners over there too.

3        Q.   Okay.  So you don't know for what reason

4    those cars were parked out there?

5        A.   They were just parked.  They be out there

6    every night.  If they -- some of them are for sale.

7        Q.   I see.  So there's a used car lot or

8    something like that out there?

9        A.   No, it's not a car lot.  It's just -- you

10   know how people park their cars in business areas

11   and stick a for sale sign on there.

12       Q.   Uh-huh.

13       A.   It was something like that.

14       Q.   I see.  And that was a routine thing that

15   they did next door.

16       A.   I had -- well, see, I just started

17   working there a month, so I don't know how long it

18   had been there.  But that night, those cars were

19   parked out there.

20       Q.   And you say all the cars that were parked

21   out there were for sale?

22       A.   No, I don't know exactly for sure or not.

23       Q.   But you know at least a couple of them

24   out there?

25       A.   Yeah.

1          Q.    Okay.  How long have you been working at

2     the store?

3          A.    At that time?

4          Q.    Uh-huh.

5          A.    Probably about a month -- maybe not even

6     a month.

7          Q.    Okay.  How old are you?

8          A.    Twenty.

9          Q.    Have you ever been convicted of anything?

10          A.    Say what?

11          Q.    Have you ever been convicted of any --

12          A.    No.  I've been arrested though.

13          Q.    Okay.  For what?

14               MR. POWELL:  Objection, Your Honor.

15     Relevant.

16               THE COURT:  Sustained.  Come up here

17     and let me --

18               (Bench conference was held.)

19          CROSS-EXAMINATION (continued)

20     BY MR. DURANT:

21          Q.    You went back toward -- you heard a car

22     crank up, right?

23          A.    Yes, after the K-9 unit was there, that's

24     when the car crunk up.

25          Q.    Okay.  About how long -- if you can,

114

```
 1    about how long after the person left the back door
 2    and the time that you heard a car crank up, about
 3    how long a time --
 4         A.   It probably --
 5         Q.   -- was that?
 6         A.   It probably wasn't -- it probably wasn't
 7    a good minute.
 8         Q.   A minute?
 9         A.   It probably wasn't a good minute --
10         Q.   Oh.
11         A.   Because everything was happening so fast
12    and quick.
13         Q.   Okay.  And when you were talking to the
14    K-9 unit, did you see where the jeep was going?
15         A.   Say what?
16         Q.   When you were talking to the officer with
17    the K-9 unit, did you see where the jeep went --
18    did you see where it was headed?
19         A.   It was headed out the parking lot,
20    because the jeep was backed up in the parking lot.
21         Q.   I see.  And it left?
22         A.   Correct.
23         Q.   Did the -- did the officer follow that
24    jeep?
25         A.   Correct.
```

1     Q.   Okay.  You were -- you said that you were

2   able to observe that individual.  Could you --

3   could you make -- did there -- did they perform or

4   conduct a photo I. D. with you that evening?

5     A.   No.

6     Q.   Did the police officers bring six

7   pictures in and say --

8     A.   No.

9     Q.   Okay.  They didn't do that.  Did they

10   take a statement from you?

11     A.   Correct.

12     Q.   Could you identify that individual, who

13   was in the store, that night?

14     A.   Correct.

15     Q.   You can?

16     A.   Yes.  The same on that picture.

17     Q.   On that picture?

18     A.   Correct.

19     Q.   Okay.  Is that the same person sitting

20   there?

21     A.   Correct.

22     Q.   And the person had on a mask -- had on

23   this mask?

24     A.   Correct.

25     Q.   And you could identify him as the same

1    person who was in the store that night?

2        A.    As body wise?

3        Q.    No.  I'm talking about facial features.

4    Could you look at that gentleman and say that's the

5    gentleman that was in the store that night?

6        A.    Well, the mustache --

7        Q.    Well, I'm not asking you that.  I'm

8    asking you, could you identify -- can you say

9    that's the man who was in the store that night?

10        A.    That -- that's the man, yeah.

11        Q.    You saw his face?

12        A.    I didn't see his face.

13        Q.    So how did --

14        A.    I saw his face with the mask on.

15        Q.    But you could tell it was him through it?

16        A.    Correct.

17        Q.    Okay.  Did you tell the officers that?

18        A.    I told -- this is what I told the

19    officer.  I told the officer that he had the mask

20    on his face.  The mask was fitting tight, so,

21    therefore, you can -- you couldn't actually see his

22    face, but --

23        Q.    Let me ask you this:  Did you, in fact,

24    tell the officer that you could not identify the

25    person because of the face -- because of the mask?

117

1      A.    Correct.

2      Q.    So how is it that today you come into

3  court and you say that's the man when you told them

4  already you couldn't?

5      A.    Okay.  This is what I was saying.

6      Q.    You don't have to answer it.  I'm

7  through.

8      A.    Thank you.

9           MR. POWELL:  Go ahead, Mr. Jackson.

10           THE WITNESS:  I'm excused?

11           MR. POWELL:  No.

12           THE WITNESS:  Oh.

13           REDIRECT EXAMINATION

14  BY MR. POWELL:

15      Q.    Body wise, do you recognize the

16  individual in the courtroom today?

17      A.    Correct.

18      Q.    Okay.  The person in this photograph, do

19  you recognize the shirt he's wearing?

20      A.    Correct.

21      Q.    Do you recognize the mustache?

22      A.    Correct.

23      Q.    Could you see the mustache through the

24  mask?

25      A.    Correct.

1        Q.   Was the mask covering up the shape of his

2  body?

3        A.   No.

4        Q.   Was the mask covering up the color of his

5  shirt?

6        A.   No.

7        Q.   Was the mask covering up the fact that he

8  was wearing a scrubs hospital shirt?

9        A.   No.

10       Q.   Was the mask covering up the fact that he

11  held a gun to your head?

12       A.   No.

13       Q.   Or the fact that he was wearing a --

14  driving a white jeep?

15       A.   No.

16             MR. POWELL:  Nothing further, Judge.

17             MR. DURANT:  No further questions.

18             THE COURT:  Okay.  You can step down

19  and you're excused.

20             (Witness excused.)

21             THE COURT:  It will probably be a

22  good time for us to take a break.  I'm going to

23  give us a fifteen-minute break.  We'll get you at

24  three o'clock in the jury assembly room.  So you're

25  excused until -- and we're not locking y'all in,

1    we're just trying to keep people from coming in and

2    out.  So the door may be --

3                    (Brief recess was taken.)

4                    (In the presence of the jury.)

5                    THE COURT:  I'll go ahead and swear

6    you in.

7                    CORPORAL E. L. JOHNSON

8        The witness, having first been duly sworn or

9    affirmed to speak the truth, the whole truth, and

10   nothing but the truth, testified as follows:

11                   MR. POWELL:  Are we ready, Judge?

12                   THE COURT:  Yes.

13                   MR. POWELL:  Everybody settled?

14                   (Jurors nod.)

15                   DIRECT EXAMINATION

16   BY MR. POWELL:

17       Q.    Okay.  Could you state your name for the

18   jury?

19       A.    Yes, Corporal E. L. Johnson.

20       Q.    And how are you employed, Corporal?

21       A.    I'm employed with the City of Montgomery

22   Police Department.

23       Q.    And what is your official capacity with

24   the police right now?

25       A.    I'm assigned to the K-9 Division with the

1    K-9 Bureau.  I ride around basically with a K-9

2    partner answering calls.

3         Q.    What is your partner's name?

4         A.    Partner's name is Jethro.

5         Q.    And is that the same partner you had back

6    in April?

7         A.    Yes, sir.

8         Q.    And did you and Jethro respond to this

9    scene over at the Arby's off of the Atlanta

10   Highway?

11        A.    Yes, sir.

12        Q.    Now, were you called over there or were

13   you just in the vicinity?

14        A.    No, sir.  I was in the vicinity traveling

15   westbound on Atlanta Highway.  As you pass Arby's,

16   there's a shopping center right down -- right next

17   to Arby's.  As I'm passing, I look over to the

18   right and I see a subject running with -- holding

19   something in his hand like this, walking very fast

20   across the parking lot.  I thought that maybe a

21   business had been broken into in the area, so I

22   turned around to go back in to see who that subject

23   was and what his business -- what his purpose was

24   in that business area.

25        Q.    Okay.  And I want to go into all of that

1      Q.   Okay.  Now, I want to go back to your

2   observation of this individual coming out carrying

3   something.  What did you do?

4      A.   I observed him, and I turned around on

5   Atlanta Highway and traveled back eastbound to turn

6   around to get back into the parking lot to see what

7   his business -- what his purpose was there.  As I

8   turned into the parking lot, I lost sight of him.

9   So I thought that he had seen me, thinking, you

10  know -- or -- well, I lost sight of him.  So I

11  drove back behind the business to see if he had ran

12  back to the back, thinking that a burglary had

13  occurred.  As I turn around and come back out, I

14  had an employee from Arby's hollering at me, Hey,

15  he's in the white truck.  He's in the white truck.

16  He's in the white truck.  So then I exit the

17  parking lot going westbound on Atlanta Highway in

18  attempt to catch up to the white vehicle.

19     Q.   Okay.  Were you -- and you were following

20  a white truck?

21     A.   Yes, sir.

22     Q.   Okay.  What kind of truck was it?

23     A.   It was a Jeep Cherokee -- Grand Cherokee,

24  white in color.

25     Q.   I'm showing you State's 10.  Do you

123

1    recognize that?

2        A.    That's the vehicle.

3        Q.    Is that the truck you were following that

4    night?

5        A.    Yes, sir.

6        Q.    That Jeep Cherokee in State's 10?

7        A.    Yes.

8        Q.    Is that a fair and accurate photograph of

9    it?

10       A.    Very, yes, sir.

11                  MR. POWELL:   Offer State's 10,

12   Judge.

13                  THE COURT:   Admitted.

14                  (State's Exhibit No. 10 was admitted

15                  into evidence.)

16       Q.    Eventually, did you stop this jeep?

17       A.    Eventually the jeep was stopped, yes,

18   sir.

19       Q.    And you were involved in that?

20       A.    I was involved in that, yes, sir.

21       Q.    Now, if -- with the Court's permission,

22   could you step down for me, Officer?   I want to go

23   to the map.

24       A.    (Witness complies.)

25       Q.    Now, show me where this Arby's is.

1      A.    Okay.  The Arby's is right here next

2   to -- well, this is Eastdale Mall.  The Arby's is

3   right here on Atlanta Highway.

4      Q.    And that's indicated with a red push pen?

5      A.    Yes, sir.

6      Q.    Okay.  Where did you follow the jeep?

7      A.    I picked him up right here at the red

8   push pin.  Right next to Arby's is the little strip

9   mall area right here.  I picked him up leaving from

10   that parking lot.  I got behind him on Atlanta

11   Highway, and I followed him westbound on Atlanta

12   Highway.

13      Q.    Then where did he go?

14      A.    Then we went on to the Eastern

15   Boulevard -- or correction -- Northern Boulevard up

16   northbound.  We then got onto -- excuse me one

17   second.  I have to look -- excuse me one second.

18   That's Waresferry.  Okay.  We got up to Oliver

19   Road.  We took a right -- I'm sorry -- We took a

20   right on Oliver Road.  I followed the vehicle up to

21   Plantation Way.  We then took a right on Plantation

22   Way, took a left on Commerical Park or -- it's

23   Commerical -- Lagoon Commercial Boulevard -- excuse

24   me.  I followed the vehicle down there and took a

25   left back onto the boulevard again -- the Northern

1  Boulevard.

2       Q.   Now, let me stop you right here.  At this

3  point, is he running from you, or what's going on?

4       A.   I am following --

5                 MR. DURANT:  Objection.

6                 THE COURT:  I'm going to sustain as

7  to the form.  Just ask what he was doing, not

8  what --

9       Q.   Okay.  Describe the nature of the pursuit

10  to the jury.

11       A.   Okay.  At this time, I am not technically

12  in pursuit.  I do not have my lights activated.  I

13  am following this vehicle to determine what kind --

14  if a crime had been committed, what kind of crime.

15  We have units en route to the Arby's -- to the area

16  to determine what has actually happened.  We have

17  not received any kind of call or any kind of

18  indication what is going on from there.  We're

19  following this vehicle at a distance -- you know,

20  at a safe distance.  I maintain visual contact on

21  him at all times.  But he is speeding away from me,

22  and I am trying to catch up with him so I can keep

23  visual contact on him.

24       Q.   Okay.  Now go back.  Where were we?

25       A.   I think we were at Plantation Way

1    Boulevard.

2        Q.    Okay.   We get back on the boulevard.

3        A.    All right.   We're on the boulevard.

4    We're traveling southbound.   We take a right on the

5    Plantation Way, like you're going to Lagoon Park.

6    At that time, the patrol units -- I'm on the radio

7    with the dispatcher explaining to them what's going

8    on and why I'm following this vehicle.

9        Q.    At any point, did they ever confirm that

10   some type of crime had been committed?

11       A.    Not at this point -- or just about at

12   this point.   I can't remember exactly.   But I know

13   it was pretty close to this point.   We had patrol

14   units going to the restaurant to determine what

15   actually happened.

16       At this point where I take a right on Lagoon

17   Park Drive, there are two patrol units right here

18   at the light and they're waiting on me to come --

19   to take over, basically, to initiate the traffic

20   stop.   As we turn onto Lagoon Park Drive, I slow

21   down enough so the patrol units can pass me and

22   catch up with the vehicle.   At that time, they

23   activated emergency --

24               THE COURT:   Wait just a minute.

25               THE WITNESS:   I'm sorry.

1              THE COURT:  Mr. Powell, he's talking

2      fast and in that direction, so if you would --

3              THE WITNESS:  What do I need to

4      repeat, ma'am?

5              MR. POWELL:  I'll go back --

6              THE COURT:  If you'll just -- you

7      need to slow down and -- it's hard for her to take

8      it down when you just -- when you're narrative.

9              THE WITNESS:  All right.  I'm sorry.

10        Q.    Now --

11        A.    We'll pick it up --

12        Q.    You slow down so the patrol units can get

13     out in front?

14        A.    Yes, sir.

15        Q.    What happens next?

16        A.    At that time, the patrol units pass my

17     vehicle, initiate their emergency equipment to stop

18     the vehicle.

19        Q.    Okay.  We've got two patrol units?

20        A.    Two patrol units.

21        Q.    Lights --

22        A.    Lights flashing.  Yeah, this is regular

23     police cars, black and white with the red and blue

24     lights on top.

25        Q.    Does he stop?

1     A.    No, sir, he does not.

2     Q.    What does he do?

3     A.    He speeds off from the patrol units.

4  And, at that point, the pursuit begins.

5     Q.    Now, where are you when you say the

6  pursuit begins?

7     A.    We are right at -- the softball complex

8  at Lagoon Park, we are in that area.

9     Q.    I'm going to add -- put this where it

10 goes on that there.

11    A.    (Witness complies.)

12    Q.    Do you recognize this addition that we've

13 added to the map here?

14    A.    Yes, sir.

15    Q.    Does that seem to be fair and accurate --

16    A.    Yes.

17    Q.    -- although, it's not to scale?

18    A.    Yes, sir.

19    Q.    And does this show where the boulevard

20 comes around to Congressman Dickinson -- show them

21 Congressman Dickinson.

22    A.    Congressman Dickinson is this strip right

23 here.  It's this road area right here.

24    Q.    And point out Lagoon Park and Gunter Park

25 Boulevard -- Road.

1        A.    Okay.  Lagoon Park Drive is right here.

2   Gunter Park Drive is right here.  All this area

3   right here is Gunter Park Drive.

4        Q.    Okay.  Now, where does he go now that the

5   patrol units are chasing him?

6        A.    The patrol units are chasing him.  He

7   continues going on on Lagoon Park Drive, takes a

8   right on Gunter Park Drive and drives northbound

9   all the way up to Congressman Dickinson and then

10  takes a right on Congressman Dickinson up to the

11  Northern Boulevard, takes a right back onto

12  Northern Boulevard.  And we continue to follow him

13  around Northern Boulevard --

14       Q.    Okay.  Let me stop you right there --

15       A.    Okay.

16       Q.    -- before we go into where he was at

17  Northern Boulevard.  As y'all were chasing kind of

18  through Gunter Park area here --

19       A.    Yes, sir.

20       Q.    -- are y'all maintaining constant visual

21  of him the entire time around all those curves and

22  everything?

23       A.    The patrol units were ahead of me.

24       Q.    Uh-huh.

25       A.    My truck is not -- let's -- you know, the

1    patrol units are designed to pursue a type ·

2    vehicle --

3                    **MR. DURANT:**  Objection, Judge.

4                    **THE COURT:**  Okay.  Sustained.

5        Q.    I'll ask the patrol units about it.  But

6    I'm talking about your truck.

7        A.    My truck is not able -- I'm -- I can keep

8    in sight.  I can keep the patrol units and the

9    vehicle in sight, but I am not that close to them,

10   because they're pulling away from me.

11       Q.    You're bringing up the rear?

12       A.    I'm bringing up the rear.

13       Q.    Okay.  Now, we go up -- we're out at

14   Gunter Park where Congressman -- we're over on

15   Northern Boulevard.

16       A.    North Boulevard.

17       Q.    Now, where do we go?

18       A.    We continue following the vehicle around

19   Northern Boulevard.  We come back to Lagoon

20   Commerical Center Drive here.

21       Q.    He's kind of backtracking?

22       A.    We're backtracking again.  We take a left

23   on Commercial -- Lagoon Commercial Center Boulevard

24   all the way back to Plantation Way.  And then we

25   take another left onto Oliver Road, and then he

1    takes a right on Hackle Drive.  And, at that point,

2    patrol units are coming in from the boulevard on

3    Hackle Drive back this way, and he drives up off of

4    the road.  And, at that time, we take him into

5    custody.

6         Q.   So he never actually stopped for the

7    patrol units?

8         A.   No, sir.

9         Q.   Until y'all blocked him in?

10        A.   Yes, sir.

11        Q.   Okay.  Thank you.  Have a seat.

12        A.   (Witness complies.)

13        Q.   And just so we're clear.  This other red

14   push pin is where y'all -- approximately where

15   y'all stopped him?

16        A.   Yes, sir.

17        Q.   Did you actually take the defendant into

18   custody?

19        A.   No, sir.

20        Q.   I'm going to show you State's 11.  Is

21   that a photograph of the vehicle, approximately,

22   where y'all stopped it?

23        A.   Yes, sir.

24        Q.   Is it fair and accurate?

25        A.   Yes, sir.

1           MR. POWELL:  Your Honor, we offer

2   State's 10 and 11.

3           THE COURT:  Admitted.

4           (State's Exhibits No. 10 and 11 were

5           admitted into evidence.)

6       Q.   Did you search the vehicle?

7       A.   No, sir.

8       Q.   Did -- someone did, though?

9       A.   Yes, sir.

10      Q.   At the time y'all stopped the vehicle,

11  did you see who got out of it?

12      A.   Out of the vehicle?

13      Q.   Yes.

14      A.   It was the defendant, yes, sir.

15      Q.   Okay.  Do you see him in the courtroom

16  here today?

17      A.   Yes, sir.

18      Q.   Would you point him out for the jury?

19      A.   He's the guy here in the blue shirt

20  behind the desk.

21      Q.   Okay.  Now, I'm going to show you

22  State's 1.  Do you recognize that?

23      A.   Yes, sir.

24      Q.   Is that the way -- who is that?

25      A.   That is the defendant there.

1      Q.    Is that the way he looked on the night

2 you saw him in the white jeep?

3      A.    Yes, sir.

4      Q.    Is that what he was wearing?

5      A.    Yes, sir.

6      Q.    Is that what his facial hair looked like?

7      A.    Yes, sir.

8      Q.    Is that picture fair and accurate of the

9 way you saw him on the night in question?

10      A.    Yes, sir.

11                MR. POWELL:  We offer State's 1,

12 Judge.

13                THE COURT:  Admitted.

14                (State's Exhibit No. 1 was admitted

15                into evidence.)

16      Q.    Now, you're not the one who actually

17 searched the vehicle once y'all had it stopped,

18 correct?

19      A.    No, sir.

20      Q.    Did anyone ever approach the vehicle or

21 tamper with it or anything -- basically, did you

22 secure the vehicle there?

23      A.    The officers on the scene -- I had --

24 when I -- when we, I guess, boxed in the suspect, I

25 got my K-9 partner out in case the subject was to

1          A.    Yes, sir.

2          Q.    Do you know how long -- how long a

3    distance it is to -- up to the time you were joined

4    by the other officers?

5          A.    How long a distance?

6          Q.    Yes.

7          A.    No, sir, I do not.

8          Q.    But that's a good ride, isn't it?

9          A.    It's a good ride, yes, sir.

10          Q.    And when you were following the white

11    jeep, was it speeding?

12          A.    Yes, sir.

13          Q.    It was going about the speed limit?

14          A.    It was going above the speed limit, yes,

15    sir.

16          Q.    Okay.  But is it fair to say that the

17    person in the jeep had no way of knowing that you

18    were a police officer?

19          A.    Yes, sir.

20          Q.    That's fair?

21          A.    Yes, sir.

22          Q.    About how far were you behind the -- the

23    white Cherokee Jeep?  How far were you behind?

24          A.    Approximately, two to three vehicles

25    behind.

1    Q.    Two or three?

2    A.    Yes, sir.

3    Q.    Other than the -- other than the

4  speeding, was the individual observing the other

5  traffic requirements, like, stop signs and so

6  forth?

7    A.    No, sir.

8    Q.    Were there any stop signs in between?

9    A.    No, sir, there weren't.

10   Q.    Okay.  There weren't.

11   A.    But --

12   Q.    Well, from the time you left Atlanta

13  Highway all the way to the Eastern Boulevard,

14  right?

15   A.    Yes, sir.

16   Q.    And then to the Northern Boulevard?

17   A.    Yes, sir.

18   Q.    There were no stop signs?

19   A.    There's no stop signs on Atlanta Highway.

20   Q.    There are no stop signs all the way up to

21  Oliver Road?

22   A.    No, sir.

23   Q.    So you -- you did not -- you did not --

24  you did not run into any stop signs from the time

25  you left Arby's until the time that the other

1          A.    I don't remember if he had or not.

2          Q.    I'm going to show you something and see

3     if that refreshes your recollection.

4          A.    (Witness complies.)

5          Q.    Have you had a second to look at it?

6          A.    Yes, sir.

7          Q.    Now, are you aware if he ran any stop

8     signs during that pursuit, Officer Johnson?

9          A.    Yes, sir.

10         Q.    Where?

11         A.    He ran one at Plantation Way and Gunter

12    Parkway --

13                    MR. DURANT:   Judge, I'm going to

14    object --

15                    THE COURT:   Wait -- wait just a

16    minute.   Is that a ticket --

17                    (Bench conference was held.)

18                    THE COURT:   Sustain.

19                    MR. POWELL:   I just asked if it

20    refreshed his recollection.

21                    THE COURT:   I'm sustaining the

22    objection and disregard the last answer.

23              REDIRECT EXAMINATION (continued)

24    BY MR. POWELL:

25         Q.    Are you aware that he was running stop

1      signs?

2           A.    Yes, sir.

3           Q.    Now, was he -- how -- do you have any

4      estimates how fast he might have been going?

5           A.    My truck tops out --

6                 MR. DURANT:  I'm going to object,

7      Judge.

8                 THE COURT:  I'm -- based on his

9      observations, I'm going to let him answer.

10          Q.    Go ahead, Officer.

11          A.    My vehicle has a governor on it at 98.5

12     miles per hour.  They were leaving me in this

13     pursuit.  Now, my pickup or my -- excuse me -- my

14     Blazer does not have the pickup that the patrol

15     units have when coming to a stop, start, slowing

16     down, picking up speed, things like that.  I was

17     not able to maintain a speed with patrol units due

18     to the fact of the forms of my vehicle.  It's not

19     made to engage in high speed situations.

20                MR. POWELL:  Nothing else, Judge.

21                MR. DURANT:  I don't have any other

22     questions.

23                THE COURT:  Okay.  You can step down

24     and you're excused.

25                THE WITNESS:  Thank you, ma'am.

1          Q.    You didn't see any --

2          A.    No, I didn't see anything.  It was dark

3     out in the streets and all that, so --

4          Q.    Now, once you got -- where -- where was

5     it again you stopped the jeep?

6          A.    Eventually he stopped at Hackle Drive.

7          Q.    Did he voluntarily stop?

8          A.    Um, we had -- there was a county unit

9     that blocked him off up -- down the road, so I

10    believe that's why he, you know, he realized he was

11    blocked in, so he just pulled into a parking lot

12    right there, so --

13         Q.    And then what did you do?

14         A.    Immediately, I drew my service weapon,

15    and I ordered him to get out of the car.

16         Q.    Did he comply?

17         A.    Um, he started to -- initially, he paused

18    for a few seconds.  He didn't -- he didn't come out

19    initially.  I continued to holler at him to put his

20    hands up.

21         Q.    Now, let me stop you right there.  Why

22    did you draw your service weapon?

23         A.    Because it -- because at that time -- by

24    that time an alarm had gone out from Arby's and our

25    dispatcher was telling us that an alarm has gone

1    out.  And, also, by that time, the dispatcher has

2    gotten in telephone contact with one of the clerks

3    at Arby's, and they advised us that a robbery just

4    occurred at the Arby's.

5         Q.    Did you suspect the defendant might or

6    may not be armed?

7         A.    I suspected he was armed.

8         Q.    And did you proceed accordingly?

9         A.    Yes, sir, I did.

10        Q.    Then what happened next?

11        A.    After a few momentary seconds, he

12   eventually complied and he opened the door.  And,

13   just as he did, the road that he was on was a

14   gravel road and another officer came in.  And when

15   he hit the gravel, his car slid into the door of

16   his white Jeep Cherokee and that slammed his door

17   back shut.  And then -- and then I continued to

18   order him to come back out again, because he

19   initially was coming out on his own.

20        Q.    Now, was that intentional, the Officer --

21        A.    No, it was unintentional.  He just

22   slammed into it and shut the door on him.  So,

23   again, I ordered him to come out of the car.  And,

24   as I --

25        Q.    Was anyone hurt?

1          Q.    So he was within the speed limit, you

2    would say?

3          A.    Yes, sir.

4          Q.    And it was at that juncture that you and

5    the other patrol officer got into a pursuit, right?

6          A.    Yes, sir.

7          Q.    And how long did the pursuit last in

8    terms of blocks or miles, if you can?

9          A.    Blocks or -- probably four or five miles

10   maybe, several minutes.

11         Q.    And did you come to a -- did you -- did

12   you go through several stop signs?

13         A.    Yes, sir, I believe we ran several stop

14   signs, maybe two or three.

15         Q.    Two or three?

16         A.    Yes, sir.

17         Q.    Did the jeep run those stop signs?

18         A.    Yes.

19         Q.    And about how fast was the jeep going

20   then?

21         A.    Um, at one point while we were on Gunter

22   Loop Road, we probably hit excess -- excuse me --

23   close to eighty to ninety miles per hour.  Due to

24   the turns -- the turns slowed us down a little bit

25   before the stop sign.  Then he probably took the