# COURT OF CRIMINAL APPEALS
## STATE OF ALABAMA

Lane W. Mann
  Clerk
Sonja McKnight
  Assistant Clerk



P. O. Box 301555
Montgomery, AL 36130-1555
(334) 242-4590
Fax (334) 242-4689

March 18, 2005

**CR-04-0183**

Charles Smith v. State of Alabama  (Appeal from Montgomery Circuit Court: CC02-920.60)

## NOTICE

You are hereby notified that on March 18, 2005 the following action was taken in the above referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

Lane W. Mann, Clerk
**Court of Criminal Appeals**

cc: Hon. Melissa Rittenour, Circuit Clerk
  Charles Smith, Pro Se
  J. Thomas Leverette, Asst. Atty. Gen.

EXHIBIT K