# THE STATE OF ALABAMA -- JUDICIAL DEPARTMENT
# THE ALABAMA COURT OF CRIMINAL APPEALS

CR-04-0183

Charles Smith v. State of Alabama  (Appeal from Montgomery Circuit Court: CC02-920.60)

## CERTIFICATE OF JUDGMENT

WHEREAS, the appeal in the above referenced cause has been duly submitted and considered by the Court of Criminal Appeals; and

WHEREAS, the judgment indicated below was entered in this cause on February 18th 2005:

**Affirmed by Memorandum.**

NOW, THEREFORE, pursuant to Rule 41 of the Alabama Rules of Appellate Procedure, it is hereby certified that the aforesaid judgment is final.

Witness. Lane W. Mann, Clerk
Court of Criminal Appeals, on this
the 11th day of April, 2005.

*[signature]*

**Clerk**
**Court of Criminal Appeals**
**State of Alabama**

cc: Hon. Truman Hobbs, Circuit Judge
    Hon. Melissa Rittenour, Circuit Clerk
    Charles Smith, Pro Se
    J. Thomas Leverette, Asst. Atty. Gen.

*EXHIBIT N*