RECEIVED
2005 NOV 28
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern Division

CHARLES SMITH, SR.
AIS # 129560
         Petitioner,

CIVIL Action NO
2:05-CU-935T

vs.

WARDEN JAMES DELOACH
and the Alabama Attorney
General,
         Respondents

## PETITIONER RESPONDS TO RESPONDENT ANSWER

COMES NOW, the Petitioner respond to Court Order to respond to Respondent Answer on Oct 25, 2005 by the order of This Honorable Court on 27 Oct 2005, on why his Section 2254 petition should

not be barred by failing to file within the one-year limitation period established by 28 U.S.C § 2244 (d)(1).

(1) The Petitioner avers that he can show cause and prejudices and fundamental miscarrege of Justices to excuse his procedural defaults. Murray v. Carrier (1986) 477 U.S 478 (1986) Schlup v Delo, 513 U.S. 298 (1995)

(a) The Petitioner will show Exhibits 1 Page 8 the Alabama Supreme Court committed error in dismissing the Petitioner Writ of Certiorari on 11 April 2005 for being untimely filed by (Exhibit M). The Petitioner Writ of Certiorari was filed on April 7, 2005 on time due to fact The Petitioner filed a Motion for Extension which was Granted (Exhibit 1 Page 8 as part of

(2)

Responds Brief states that the Petitioner writ of certiorrai was file on time. was due April 8, 2005.

2) In (Exhibit 2 Page 9 of the Petitioner Responds Brief show the Petitioner filed a Motion of Reconsideration on 7 April 2005 from the dismissal of Petitioner Writ of Certiorria was denied.

3) The Petitioner avers by the Respondent answer show that the Appellant Counsel Vicker was paid by the State to represent the Petitioner on Direct Appeal. (Exhibit F Page 56-59)

a) Shows Appellant Counsel Vicker fail to file for Writ of Certiorari

b) The Petitioner never had a Transcript during the 217 days the Attorney General want to

(3)

count toward the Petitioner Statue of limitation to file a 2254

c) That the BAR Association fail to discipline an Attorney who violate the Rules of Professional Conduct

(1) Rule 1.1.
   (a) A Lawyer shall provide competent Representation to a client, Competent requires the Legal Knowledge, skill, throughness and preparation reasonably necessary for representation.

(2) Rule 1.3
   (b) A Lawyer shall not willfully neglect a legal matter entrusted to him

4) The Petition avers that the facts will prove Attorney Vicker was in violation of the Petitioner

(4)

Sixth Amendment Right guranteed by United States and Alabama Constitution.

A) (Exhibit F, C, 56-58) shows Attorney Vicker fail to protect the Petitoner Legal issue and fail to follow the Rule of Professional Conduct set forth by BAR Association.

B) Under Strickland v. Washington there a two prong test set forth by theses principle.

1) The Petitoner must show the Attorney was ineffective

2) The Petitoner must show how the Attorney ineffectiveness effected the outcome of his case.

(a) The Petitoner has clearly proven Appellant Counsel Vicker was ineffective she

(5)

neglected all legal remedy, and have the Petitioner in a position where the Attorney General want to procedurely disbar the Petition by the ineffectiveness of Attorney Wicker on counting 217 days on his statue of limitation at no fault of Petitioner at all.

## Conclussion

The Petitioner have proven a miscarrage of Justices, cause, and prejudices to excuse his procedural defaults on Trial Appellant Counsel and the Alabama Supreme Court for dismissing the Petitioner Writ of Certiorrai at no fault of Petitioner. The Petitioner pray this Honorable Court will grant this 2254 on the ground stated above.

Respectfully Submitted,
Charles Smith
Hamilton A&I
223 Sasser Drive
Hamilton, AL 35570

(6)

## CERTIFICATE OF SERVICES

I hereby certify that on this 10th day of Nov, 2005 I did serve a copy of the foregoing on the following, by placing the same in the United States Mail, first class, postage prepaid and addressed as follows:

THE Honorable J. Thomas Leverette
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, Alabama 36130

*Charles Smith*
Charles Smith AIS# 129560
Hamilton A&I
223 Sasser Drive
Hamilton, AL 35570

(7)