

# IN THE SUPREME COURT OF ALABAMA

March 30, 2005

**1040954**

Ex parte Charles Smith. MOTION FOR EXTENSION (In re: Charles Smith v. State of Alabama) (Montgomery Circuit Court: CC02-920.60; Criminal Appeals: CR-04-0183).

### NOTICE

Petitioner's motion for a 7 to 10-day extension to file his brief in support is granted for 7 days. The brief is now due April 8, 2005.

I Robert G. Esdale, Sr., as Clerk of the Supreme Court of Alabama, do hereby certify that the foregoing is a full, true and correct copy of the instrument(s) herewith set out as same appear(s) of record in said Court.
Witness my hand this 30th day of March 2005

Clerk, Supreme Court of Alabama

cc:
Charles Smith, Pro Se

*Exhibit (N) Page 8*

/ag