# IN THE SUPREME COURT OF ALABAMA

April 19, 2005

**1040954**

Ex parte Charles Smith. PETITION FOR WRIT OF CERTIORARI TO THE COURT OF CRIMINAL APPEALS (In re: Charles Smith v. State of Alabama) (Montgomery Circuit Court: CC02-920.60; Criminal Appeals : CR-04-0183).

## ORDER

IT IS ORDERED that petitioner's motion for reconsideration of the Petition for Writ of Certiorari filed on April 7, 2005, is denied.

I Robert G. Esdale, Sr., as Clerk of the Supreme Court of Alabama, do hereby certify that the foregoing is a full, true and correct copy of the instrument(s) herewith set out as same appear(s) of record in said Court.
Witness my hand this 19th day of April 2005

Clerk, Supreme Court of Alabama

cc:
Charles Smith, Pro Se
Hon. Troy R. King, Attorney General
J. Thomas Leverette, Asst. Atty. Gen.

Exhibit (2) Page 9

/ag