IN THE MIDDLE DISTRICT OF UNITED STATES DISTRICT COURT

Charles Smith　　　　　*
　　　Petitioner　　　*　　CASE NO 2:05-CV00935-MHT
　　　　　　　　　　　*
Vs　　　　　　　　　　*
　　　　　　　　　　　*
State of Alabama　　　*
　　　　　　　　　　　*
　　　　　　　　　　　*
　　　　　　　　　　　*
　　　　　　　　　　　*

### Motion For Change address

Comes now, the petitioner Charles Smith in the above style causes and moves this Honorable Court to accept this motion for change of Address for the following Reason:

1) the petitioner has been Transfer from Hamiton A+I Center in Hamilton, Alabama, 223 Sasser Dr. 35570

2) New Address Staton Correctional Facility P.O. Box 56 - Elmore, Ala 36025

### Conclusion

Petitioner pray that this Honorable Court Grant this motion for Change of Address.

　　　　　　　　　　　Charles Smith
　　　　　　　　　　　# 129560



Charles Smith
#129560-D-2-B State of Alabama
       Cantral Mail Ops
P.O. Box 56   #7
Elmore, Alabama 36025

9577

LEGAL MAIL

RETURN SERVICE REQUESTED

United States District Court
Middle District of Alabama
Office of the Clerk
Post Office Box 711
Montgomery Alabama 36101-0711

36101+0711-11  B007