IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES SMITH, JR., #129 560, | ) |
| | ) |
|    Petitioner, | ) |
| | ) CIVIL ACTION NO. |
| v. | ) 2:05-CV-935-MHT |
| | )    [WO] |
| JAMES DELOACH, WARDEN, *et al.,* | ) |
| | ) |
|    Respondents. | ) |

# **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions and orders of the court, it is

ORDERED and ADJUDGED that the recommendation of the United States Magistrate Judge (Doc. #12) is ADOPTED; judgment is ENTERED in favor of the respondents and against the petitioner; and this action is DISMISSED with prejudice.

The clerk of the court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this the 28th day of November, 2007.


     /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE